## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00328-RPM

MICHAEL ABBONDANZA, an individual, on his own behalf,
    Plaintiff,

v.

COLORADO SCHOOL OF MINES;
JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE
HUFF AND LESLIE, LLP,
PETER LEINER, and
GIOVANIA PALONI,
    Defendants.

---

## NOTICE OF FILING OF AN AMENDED COMPLAINT, PURSUANT TO F.R.C.P. RULE 15(A)(1)(A) AND D.COLO.L.CIV.R. 15.1(A)

---

### PRELIMINARY STATEMENT

Plaintiff, Michael Abbondanza, pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) and D.C. COLO. L. Civ. R. 15.1(a), hereby files this Notice of Filing an Amended Complaint. Plaintiff filed the original Complaint on February 7, 2019 alleging six claims for relief against defendants Jason Weiss, Weiss Law Group, PC, Brett Huff, Richard Leslie, Huff and Leslie, LLP, Peter Leiner, and Giovania Paloni ("the Defendants"). The claims include two federal RICO claims, for violations of 18 U.S.C. §§ 1962(c) and 1962(d), and four state claims, including Abuse of Process, Civil Conspiracy, Fraud, and a violation of the Colorado Organized Crime Control Act (COCCA).

Plaintiff's Amended Complaint adds Tavin Foods, Inc., as a Plaintiff. Pursuant to Local Rule 15.1(A), the Amended Complaint is attached hereto as Exhibit 1.

# ARGUMENT

A party may amend its pleading as a matter of course within 21 days after serving the defendants. Fed. R. Civ. P. 15(a)(1)(A). Amendments relate back to the date of original pleading when the amendment asserts claims that arose out of the conduct, transaction, or occurrence set out in the original pleading. Fed. R. Civ. P. 15(c)(1)(B). It is well established in the Tenth Circuit that adding plaintiffs by amendment relates back to the time of filing of the original complaint. *Kansas Electric Power Co. v. Janis*, 194 F.2d 942 (10th Cir. 1952); *American Fidelity & Casualty Co. v. All American Bus Lines, Inc.*, 190 F.2d 234, 237 (10th Cir. 1951).

In *Janis*, the Tenth Circuit allowed insurance companies to be added as plaintiffs, even after the statute of limitations had run, because the cause of action was the same and the same relief was sought against the defendant. *Janis*, 194 F.2d at 944. The Tenth Circuit reasoned that adding the plaintiffs "did not change the cause of action in the slightest degree." *Id.* Because the amendment did not introduce new facts or claims, the Tenth Circuit held that the amendment related back to the filing of the original complaint. *Id.*

Here too, the amended complaint includes the same facts and circumstances for which the Defendants were properly and timely noticed. The only change to the original Complaint is the addition of Mr. Abbondanza's business as a co-plaintiff. Adding plaintiffs via amended complaint does not create any problems, notice or otherwise, under the Federal Rules because the defendant has already received notice of the claims and of the factual situation upon which relief is sought. *See Janis*, 194 F.2d at 944. Because the Amended Complaint asserts the same claims, arising out of the same conduct, transactions, and occurrences that were set out in the original pleading, the Amended Complaint relates back to the date of the original pleading for statute of limitations purposes. Fed. R. Civ. P. 15(c)(1)(B).

## CONCLUSION

Pursuant to F.R.C.P. 15(a)(1)(A) and D.Colo.L.Civ.R. 15(a), Plaintiff files this Amended Pleading as a matter of course, within 21 days of the filing of the original pleading in this case.

Respectfully submitted this 28th day of February 2019.

/s/ *Courtenay Patterson*

Courtenay Patterson, Esq., # 49215
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501
Email: courtenay.patterson@gmail.com
Telephone: (925) 237-1187
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of February 2019, I electronically filed the foregoing Notice of Filing an Amended Complaint with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

Michael Hutchinson
Treece, Alfrey, Musat, P.C.
633 17th Street, Suite 2200
Denver, CO 80202
(303) 292-2700
hutch@tamlegal.com
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*


Brett Huff
Richard Leslie
Huff & Leslie, LLP
2480 Gray Street
Edgewater, CO 80214
(303) 232-3622
bhuff@huffandleslie.com
rleslie@huffandleslie.com
*Defendants*

      I hereby certify that on this 28th day of February 2019, I mailed through the United States Postal Service via certified mail the foregoing Notice of Filing an Amended Complaint to the following:

  Giovannia Paloni
  970 SW 15th Street
  Boca Raton, FL 33486
  *Defendant*


/s/ Courtenay Patterson
_____
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501