# AFFIDAVIT OF JOHN F. BRADLEY

*State of Florida*
*County of Broward*

Before me, the undersigned authority, personally appeared **JOHN F. BRADLEY**, who, after taking an oath, deposes and states as follows:

1. My name is JOHN F. BRADLEY and I have personal knowledge of the facts set forth herein.

2. I am an attorney in good standing licensed to practice in the States of Florida and Tennessee and I am a Notary Public in the State of Florida.

3. On June 26, 2019, I traveled to West Palm Beach, Florida. At that location, I met a gentleman in a mobility device who identified himself as Santiago Abreu.

4. Mr. Abreu was asked to produce government issued identification for me to review in order to notarize an affidavit for him, which he did immediately. I took photographs of that identification and a true copy of Mr. Abreu's State of Florida identification card referencing his full legal name of *Santiago Donalito Abreu, Jr.* and bearing the address where I met him, is attached hereto as *Exhibit 1*. The identification card Mr. Abreu produced included a hologram, which I understand is affixed to official State of Florida identification cards. I also took photographs of Mr. Abreu next to his identification and in his mobility device. True copies of all of those photographs are attached as part of *Exhibit 2*.

5. In my presence, Mr. Abreu read the Affidavit attached hereto. Upon review of the Affidavit, Mr. Abreu executed the same in my presence, following which I signed same and affixed my notary seal thereto. Attached hereto as *Exhibit 3* is a true copy of the affidavit that Mr. Abreu executed in my presence.

**FURTHER AFFIANT SAYETH NAUGHT.**

Dated: 6/27/19

JOHN F. BRADLEY

STATE OF FLORIDA
COUNTY OF BROWARD

    **I HEREBY CERTIFY** that on this day before me, an officer duly qualified to take acknowledgments, personally appeared **JOHN F. BRADLEY.**

    1.    { ✓ } to me personally known to be the person described herein and who executed the foregoing instrument, and acknowledged under oath that he executed the same or

    2.    { } who produced identification in the form of _____, and acknowledged under oath before me that he executed the same.

    WITNESS my hand and official seal in the County and State aforesaid this 27th day of June, 2019.

_Tracy M. Fialkowski_
Notary Public
State of Florida

TRACY M. FIALKOWSKI
Notary Public - State of Florida
Commission # GG 024549
My Comm. Expires Dec 13, 2020
Bonded through National Notary Assn.

(Type/print Name of Notary)

EXHIBIT A





EXHIBIT A



EXHIBIT A







EXHIBIT A

## AFFIDAVIT OF SANTIAGO ABREU

**I, SANTIAGO ABREU**, being duly sworn, states as follows:

1. I am over the age of eighteen (18) years.
2. I am a resident of the State of Florida and I live in Palm Beach County, Florida.
3. I have personal knowledge of all facts in this Affidavit.
4. My date of birth is ▮▮▮▮▮▮▮ and my social security number is ▮▮▮▮▮▮.
5. I have numerous disabilities including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
6. On July 14, 2015 I personally visited the Riverbend Market and Eatery located at 60006 U.S. Highway 285, Bailey, Colorado 80470.
7. I experienced violations of the 2010 Americans With Disabilities Act at the Riverbend Market and Eatery and requested my lawyers file suit against them for such violations on my behalf.

**FURTHER AFFIANT SAYETH NOT.**

_/s/ Santiago Abreu_
SANTIAGO ABREU

*STATE OF FLORIDA*          )
*COUNTY OF PALM BEACH*      )

Sworn to and subscribed before me this  26TH  day of June 2019, by SANTIAGO ABREU, who has produced  Florida State I.D. Card  as identification.

_/s/ John F. Bradley_
Signature of Notary Public
State of  Florida

My Commission Expires:

JOHN F BRADLEY
Notary Public - State of Florida
Commission # GG 255972
My Comm. Expires Oct 16, 2022
Bonded through National Notary Assn.

**EXHIBIT 3**

EXHIBIT A