

Complete ADA Compliance

# Non-Compliance Report

Property Address:        RIVERBEND
                         60006 U.S. 285
                         Bailey, CO 80421

Date of non-compliance:  Initial visit and inspection date July 14, 2015.

Riverbend must provide a restroom for persons with physical disabilities as well as seating at the bar and the bar area for persons with physical disabilities within the required 2010 ADA guidelines.  In addition, Riverbend must provide handicapped accessible parking at the property and an accessible route to the entrance of the property for persons with physical disabilities in compliance with the required 2010 ADA guidelines.

Please note that the alterations that are identified in this Non-Compliance Report will result in the Subject Property coming into complete compliance with the 2010 ADA Standards.  Any corrective measures that are taken will cause the Subject Property to be in mandatory compliance with the 2010 Standards



Below the violations for Men's Bathroom.



*Failing to provide the minimum required circular turning clearance for a person with a disability due to a wall or some other obstruction that does not comply with the standards set forth in 2010 ADAAG §§304, 304.3, 304.3.1, 603, 603.2 and 603.2.1.*

304.3.1 Circular Space. The turning space shall be a space of 60 inches (1525 mm) diameter minimum. The space shall be permitted to include knee and toe clearance complying with 306.



*Providing grab bars of improper horizontal length or spacing on the back or side wall in violation of 2010 ADAAG §§604, 604.5, 604.5.1, 604.5.2, 609, 609.4 when resolution is readily achievable.*

*Failing to provide grab bar(s) in violation of 2010 ADAAG §§604, 604.5, 609 and 609.4.*

*Failing to provide grab bars at 33 inches minimum and 36 inches maximum above the finished floor measured to the top of the gripping surface in violation of 2010 ADAAG §§604, 609 and 609.4.*

604.5.2 Rear Wall.  The rear wall grab bar shall be 36 inches (915 mm) long minimum and extend from the centerline of the water closet 12 inches (305 mm) minimum on one side and 24 inches (610 mm) minimum on the other side.

604.5.1 Side Wall.  The side wall grab bar shall be 42 inches (1065 mm) long minimum, located 12 inches (305 mm) maximum from the rear wall and extending 54 inches (1370 mm) minimum from the rear wall.





*Failure to provide toilet paper dispensers in the proper position in front of the water closet or at the correct height above the finished floor in violation of 2010 ADAAG §§604, 604.7 and 309.4 when resolution is readily achievable.*

604.7 Dispensers.  Toilet paper dispensers shall comply with 309.4 and shall be 7 inches (180 mm) minimum and 9 inches (230 mm) maximum in front of the water closet measured to the centerline of the dispenser.  The outlet of the dispenser shall be 15 inches (380 mm) minimum and 48 inches (1220 mm) maximum above the finish floor and shall not be located behind grab bars.  Dispensers shall not be of a type that controls delivery or that does not allow continuous paper flow.



*Failure to provide mirror(s) located above lavatories or countertops at the proper height above the finished floor 2010 in violation of ADAAG §§603 and 603.3 when resolution is readily achievable.*

603.3 Mirrors.   Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.  Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.



*Providing sinks and/or countertops greater than 34 inches high or providing the same without clear space underneath to allow for knee or toe clearance in violation of 2010 ADAAG §§305, 306, 606, 606.2 and 606.3.*

606.3 Height. Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.



*Providing a bathroom door that improperly swings into the required clear floor space or clearance for any fixture in violation of 2010 ADAAG §§304, 305, 305.3, 603 and 603.2.3.*

603.2.3 Door Swing. Doors shall not swing into the clear floor space or clearance required for any fixture. Doors shall be permitted to swing into the required turning space.



*Failing to provide a urinal designed for a person with a disability where the rim height is no more than 17 inches from the finished floor in violation of 2010 ADAAG §§605 and 605.2.*

605.2 Height and Depth. Urinals shall be the stall-type or the wall-hung type with the rim 17 inches (430 mm) maximum above the finish floor or ground. Urinals shall be 13 1/2 inches (345 mm) deep minimum measured from the outer face of the urinal rim to the back of the fixture.



Below the violations for entrance.

 

*Providing pathways and surfaces that are too steep that include changes in levels greater than 0.5 inches in violation of 2010 ADAAG §§206, 206.1, 206.2, 206.2.2, 303 and 403.3 and/or §§4.8.5 and 4.3.8 of the 1991 ADA Standards.*

206.2.1 Site Arrival Points. At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.

303.2 Vertical. Changes in level of 1/4 inch (6.4 mm) high maximum shall be permitted to be vertical.

Below the violations for the Bar and the Bar Area.



*Providing counter heights exceeding 36 inches making it impossible to service a person with a disability in violation of 2010 ADAAG §§904, 904.4, 904.4.1 and 904.4.2.*

*Failing to provide accessible seating for person(s) with a disability at a bar or adjacent table in the bar area, recreational area or a table area adjacent to a pool for food or beverage service, or at a computer work surface such as in a business center, in violation of 2010 ADAAG §§902, 902.1 and 902.3 and/or 4.32.4 of the 1991 ADA Standards.*

*Failing to provide seating for a person(s) with a disability that has the correct clear floor space for forward approach in violation of 2010 ADAAG §§902, 902.2, 305 and 306.*

902.3 Height. The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.

306.2.3 Minimum Required Depth. Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.



Below are the violations related to Parking.



*Failing to provide van disabled parking spaces as required in violation of 2010 ADAAG §§208, 208.1 and 208.2.4.*

*Failing to provide painted sign(s) on the ground for disabled parking in violation of 2010 ADAAG §§502 and 502.6.*

*Failing to provide an access aisle (no striping) between parking spaces as required by 2010 ADAAG §§502, 502.1 and 502.3.*

*Providing disabled parking space(s) which are too narrow violating 2010 ADAAG §§502, 502.1 and 502.2.*

*Failing to provide continuous clear width to an adjacent accessible route of travel for a person(s) with a disability due to improper design of the parking spaces or access aisles in violation of 2010 ADAAG §§502, 502.1 and 502.7.*





_____
1015 Spanish River Rd Suite#109 ● Boca Raton, FL 33342 ● Telephone: (561) 409-9555 ●
www.CompleteADACompliance.com   ●   info@CompleteADACompliance.com

**AFFIDAVIT OF NON-COMPLIANCE**

State of: Florida
County of: Palm Beach

1. I am the President of Complete ADA Compliance, which provides consulting services with respect to compliance with the Americans with Disabilities Act (ADA).

2. I am engaged full-time in providing consulting services that include surveying facilities and public accommodations to determine their compliance with requirements of the ADA; the making of recommendations for compliance; determining feasibility and costs of proposed modifications; and testifying before administrative agencies and courts regarding compliance issues.

3. My resume and qualifications are as follows:

   **OVERVIEW**

   **Educational Background**

   University of Miami
   Bachelor of Science in Architecture & Design
   Graduated 1992

   ADA National Network Certified for consultation and expert opinion in ADA compliance issues

   **Experience and Projects:**

   Pavlik Design Team (Top Ten Architectural Design Firm Globally) Architectural Director Store Design 1992-2002

   ARE Design Award Winner
   Designed over 200 Commercial Projects Including:
   Malls, Car Dealerships, Hotels, Resorts, Medical Facilities & Restaurants

   Giovannia Design
   CEO 2002- Continuing
   Major Projects Include:
   Multiple High End Homes, Strip Centers, Medical Facilities, Hotels & Restaurants, High Rises Dubai Worldcare
   Co-Designed Medical Facilities in Saudi Arabia & Qatar

   Complete ADA Compliance
   2013 - Continuing
   Analysis and Assessment of American with Disabilities act deficiencies in various entities including:
   Hotels, Restaurants, and Outdoor Facilities, Commercial properties and Recreational Venues Certified Consultant and Expert Witness in ADA matters.

4. I used physical site visits and observations of the subject property. I used my knowledge and reference of the ADA and the Standards for Accessible Design (ADAAG) and knowledge of Colorado and local Accessibility Codes for Building Construction as data considered in forming the opinions of Complete ADA Compliance.

5. That the allegations in the complaint (in the associated litigation) regarding ADA non-compliance at the Subject Property are evidence of barriers to persons with physical disabilities.

DISCLAIMER

Complete ADA Compliance is an independent consulting firm specializing in advising businesses on complying with the Americans with Disabilities Act. This inspection is independent of all parties and is un-biased. All parties hold harmless and indemnify Complete ADA Compliance, its employees, inspectors and agents from any damages, claims, demands, legal actions or causes of actions arising in connection with or brought by anyone regarding or alleging ADA code violations concerning this report.

Respectfully Submitted,

Complete ADA Compliance
ADA Consultants
1015 Spanish River Rd. Suite#109
Boca Raton, FL 33432


By:   *Giovannia Paloni*
        Giovannia Paloni

Date:    December  1, 2016