Gmail - Waiver of Service                                         file:///Users/courtenaypatterson/Ex. 3 - Email re waiver of service t...

 **Gmail**                                    **Courtenay Patterson <courtenay.patterson@gmail.com>**

## Waiver of Service
2 messages

**Courtenay Patterson** <courtenay.patterson@gmail.com>                    Sun, Feb 17, 2019 at 3:51 PM
To: info@completeadacompliance.com

Ms. Paloni:

I represent Michael Abbondanza and Tavin Foods, Inc. in a suit that was filed on Thursday, February 7, 2019
against Jason Weiss, The Weiss Law Group, and several other defendants, including yourself, who were part of
the underlying ADA suit against my client -- Abreu v. Tavin Foods, 1:16-cv-00432-MEH. A copy of the Complaint
we have filed in Colorado District Court, case number 1:19-cv-00328-RPM, is attached for your reference.

Also attached is a Waiver of Service. As you may be aware, Rule 4 of the Federal Rules of Civil Procedure
requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.
A defendant who is located in the United States and who fails to return a signed waiver of service requested by a
plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows
good cause for the failure.

Please acknowledge receipt of the attached Complaint and Waiver of Service and return the signed Waiver of
Service at your earliest convenience. The other 6 defendants in this case have already agreed to and/or have
already returned their Waivers of Service.

Thank you for your cooperation in this matter.

Sincerely,
Courtenay

--
**Law Offices of Courtenay Patterson**
1716 N. Main St., Suite A #331
Longmont, CO 80501
(925) 237-1187
www.courtoflaw.net

---

**2 attachments**

 **RICO Complaint - Abbondanza.pdf**
242K

 **Waiver of Service to Paloni - Abbondanza.pdf**
264K

---

**Courtenay Patterson** <courtenay.patterson@gmail.com>                    Sun, Feb 17, 2019 at 3:51 PM
To: Courtenay Bravmann Patterson <courtenaybravmann@gmail.com>

[Quoted text hidden]

---