

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here
MAR 12 2019
LONGMONT CO 80502

Sent To  Complete ADA Compliance
Street and Apt. No., or PO Box No.  1015 Spanish River Rd, Suit 109
City, State, ZIP+4  Boca Raton, FL  33342

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7018 1130 0001 6127 5236