**2019 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P13000090326

**Entity Name:** COMPLETE ADA COMPLIANCE INC.

**FILED**
**Mar 01, 2019**
**Secretary of State**
**5702724679CC**

**Current Principal Place of Business:**

970 SW 15TH ST.
BOCA RATON, FL 33486

**Current Mailing Address:**

970 SW 15TH ST.
BOCA RATON, FL 33486 US

**FEI Number:** 46-4072924

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PALONI, GIOVANNIA
970 SW 15TH STREET
BOCA RATON, FL 33486 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                                                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | PALONI, CHRISTINE G |
| Address | 970 SW 15TH STREET |
| City-State-Zip: | BOCA RATON FL 33486 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINE PALONI                              PRESIDENT                              03/01/2019

Electronic Signature of Signing Officer/Director Detail                                                                                              Date