Case 1:19-cv-00328-TMT-MEH   Document 37-8   Filed 10/02/19   USDC Colorado   Page 1 of 1

Gmail - NAY Status on (PALONI, GIOVANNIA)                    file:///Users/courtenaypatterson/Ex. 8 - Skip trace results for Paloni...



Courtenay Bravmann Patterson <courtenaybravmann@gmail.com>

## NAY Status on (PALONI, GIOVANNIA)

**Steve Navarrete** <Steve@miamipspi.com>　　　　　　　　　　　　　Fri, Apr 5, 2019 at 8:26 PM
To: Courtenay Bravmann <courtenaybravmann@gmail.com>

I do not normally run deep searched like this but I am training someone and used this case as an example.

Comments regarding this job:

4/5/2019  8:55 PM  I ran a skip trace per your request.  I found no public records for any individual named Giovannia Paloni but I only fond records for her as Christine G. Paloni.  The Defendant is known as Christine G. Paloni but she uses the names Chrissa Paloni and Giovannia Paloni; DOB 6/29/1971, age on this day 47; female; White; 5'7".  The address listed on Florida Driver License is 78 Laredo Lane, Boca Raton, FL 33487.  My skip trace report also lists her at 201 SW 5 Street, Boca Raton, FL 33432; and/or 2377 NW 49 Lane, Boca Raton, FL 33431.

I believe she goes by all those names because when I run her name against FL Div. of Corporation, I find that Christine G. Paloni is the sole corporate officer of a company called "Complete ADA Compliance, Inc.", at 970 SW 15 Street, Boca Raton, FL 33486.  This address is listed in her skip trace history as an older address.  However, the most recent article of incorporation filed 3/1/2019, lists her and the company at this address.  This is a residential address and the owner is Vaccarello Meredith - relation unknown.  I then found a website called www.completeadacompliance.com and in the "About Us" tab, she lists herself as "Giovannia Paloni"; see here: http://completeadacompliance.com/about-us.html.

Social media searches reveals a Facebook page where she goes by Giovannia Paloni.  No photos were posted but I was able to confirm the Facebook page belongs to the subject/Giovannia Paloni because of her known family members listed in my skip trace who are also her "friends" on this Facebook page.

I then checked her name against Court docket sheets and I found a foreclosure listing her as Chrissa Paloni at one of the addresses we recently attempted.  I then found a citation she received as Christine G. Paloni at an address we recently attempted for her.  I have attached all records for your review.  At this time, I cannot narrow down the search any further without attempting the addresses listed.  Please advise how we should proceed.
SN, P.I. No. C2400360