Case 1:19-cv-00328-TMT-MEH   Document 37-9   Filed 10/02/19   USDC Colorado   Page 1 of 1

Gmail - NAY Status on (PALONI, GIOVANNIA)    file:///Users/courtenaypatterson/Ex. 9 - service attempts on 3 new a...



Courtenay Bravmann Patterson <courtenaybravmann@gmail.com>

## NAY Status on (PALONI, GIOVANNIA)

**Steve Navarrete** <Steve@miamipspi.com>  
To: courtenay.patterson@gmail.com

Thu, Apr 11, 2019 at 6:42 PM

To:  Courtenay Patterson, Esq.

    LAW OFFICES OF COURTENAY PATTERSON

This message is in regard to:

    Our Job Number:  2019000367

    Your Reference Number:

    Party To Be Served:  PALONI, GIOVANNIA

    Case Info:  Case Number: 1:19-CV-00328-RPM  County:   State: Colorado

    Caption:  Tavin Foods, Inc. vs. Jason Weiss, Weiss Law Gr

Documents:  SUMMONS IN A CIVIL ACTION and COMPLAINT

Comments regarding this job:

4/11/2019  8:40 PM  All last known addresses have been attempted.  I reviewed the skip trace and the only address un-attempted is the one on her driver license; 78 Laredo Lane, Boca Raton, FL 33487.  I also have several possible phone numbers.  Should we call them and try to reach her and attempt to arrange service? SN

4/10/2019  9:10 PM  Attempted Service at 201 SW 5 Street, Boca Raton, FL 33432.  The house is vacant and for sale/rent by owner, 561-391-9208.

4/11/2019  7:45 AM  Attempted Service at 970 SW 15 Street, Boca Raton, FL 33486.  New occupant is Meredith Vaccarello.  The subject is unknown.

4/10/2019  8:30 PM  Attempted Service at 2377 NW 49 Lane, Boca Raton, FL 33431.  Per Howard Cohan, at the residence, the subject never actually lived here.  He does not know where she lives now.