**Gmail**

Courtenay Bravmann Patterson <courtenaybravmann@gmail.com>

---

## NAY Status on (PALONI, GIOVANNIA)

---

**Steve Navarrete** <Steve@miamipspi.com>
To: courtenay.patterson@gmail.com

Mon, Apr 15, 2019 at 10:16 AM

To:  Courtenay Patterson, Esq.

    LAW OFFICES OF COURTENAY PATTERSON

This message is in regard to:

    Our Job Number:  2019000367

    Your Reference Number:

    Party To Be Served:  PALONI, GIOVANNIA

    Case Info:  Case Number: 1:19-CV-00328-RPM  County:   State: Colorado

    Caption:  Tavin Foods, Inc. vs. Jason Weiss, Weiss Law Gr

Documents:  SUMMONS IN A CIVIL ACTION and COMPLAINT

Completed:  4/15/2019  7:30 am

Type of Service:  NON-SERVE - DILIGENT

Comments regarding this job:

4/15/2019  12:14 PM  Unfortunately, she was not at the address on her FLDL.  I can call all the numbers on my skip trace to see if I can reach her.  If that fails, I can send the Postmasters of all addresses FOIA requests to see if she filed a forwarding request.  Cost is $5 per FOIA.  Please advise how you would like us to proceed. Thank you.

4/15/2019  7:30 AM  Attempted Service at 78 Laredo Lane, Boca Raton, FL 33487-1565.  I found this to be the residence of Victoria and James McDonald.  They own the property and the defendant is unknown.