Case 1:19-cv-00328-TMT-MEH  Document 37-11  Filed 10/02/19  USDC Colorado  Page 1 of 1

Gmail - NAY Status on (PALONI, GIOVANNIA)　　　　file:///Users/courtenaypatterson/Exhibit 11 - phone call and FOIA a...



Courtenay Bravmann Patterson <courtenaybravmann@gmail.com>

## NAY Status on (PALONI, GIOVANNIA)

Steve Navarrete <Steve@miamipspi.com>　　　　　　　　　　　Fri, Apr 19, 2019 at 9:54 AM
To: Courtenay Bravmann <courtenaybravmann@gmail.com>

I called her twice and sent her an website email but she has not responded. I sent the FOIA requests out to the postmaster. I will report when they reply. Thank you.



**Steve Navarrete / Miami PSPI, LLC**

**Process Services & Private Investigations**

1800 Coral Way, #1511, Miami, FL 33145

T. 305-285-4321 / F. 877-626-7582

www.MiamiPSPI.com

 

**From:** Courtenay Bravmann [mailto:courtenaybravmann@gmail.com]
**Sent:** Monday, April 15, 2019 2:14 PM
**To:** Steve Navarrete <Steve@miamipspi.com>
**Subject:** Re: NAY Status on (PALONI, GIOVANNIA)

Steve,

[Quoted text hidden]