**Gmail**

**Courtenay Bravmann Patterson <courtenaybravmann@gmail.com>**

## (PALONI, GIOVANNIA)

**Steve Navarrete** <Steve@miamipspi.com>
To: courtenay.patterson@gmail.com

Fri, Apr 19, 2019 at 3:03 PM

I was curious about the website Whois information so I checked it.  These people went through a lot of trouble to conceal their identity.

**Domain:**

completeadacompliance.com

Registrar:

1&1 Internet SE

Registered On:

2013-11-02

Expires On:

2019-11-02

Updated On:

2018-11-03

Status:

ok

Name Servers:

ns6209.hostgator.com
ns6210.hostgator.com

-

**Registrant Contact**

Name:

Oneandone Private Registration

Organization:

1&1 Internet Inc

Street:

701 Lee Road Suite 300
ATTN

City:

Chesterbrook

State:

PA

Postal Code:

19087

Country:

US

Phone:

+1.8772064254

Email:

privacy@1and1.com

**Administrative Contact**

Email:

privacy@1and1.com

-

**Technical Contact**

Email:

privacy@1and1.com

**Raw Whois Data**

Domain Name: completeadacompliance.com

Registry Domain ID: 1833937314_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.ionos.com

Registrar URL: http://ionos.com

Updated Date: 2016-11-04T12:58:13.000Z

Creation Date: 2013-11-02T17:59:51.000Z

Registrar Registration Expiration Date: 2019-11-02T18:59:51.000Z

Gmail - (PALONI, GIOVANNIA)   Case 1:19-cv-00328-TMT-MEH   Document 37-12   Filed 10/02/19   USDC Colorado   Page 3 of 4

file:///Users/courtenaypatterson/Ex. 12 - info re Paloni's website an...

Registrar: 1 and 1 IONOS SE

Registrar IANA ID: 83

Registrar Abuse Contact Email: email@ionos.com

Registrar Abuse Contact Phone: +1.8774612631

Reseller:

Domain Status: ok https://www.icann.org/epp#ok

Domain Status: autoRenewPeriod https://www.icann.org/epp#autoRenewPeriod

Registry Registrant ID:

Registrant Name: Oneandone Private Registration

Registrant Organization: 1 and 1 Internet Inc

Registrant Street: 701 Lee Road Suite 300

Registrant Street: ATTN

Registrant City: Chesterbrook

Registrant State/Province: PA

Registrant Postal Code: 19087

Registrant Country: US

Registrant Phone: +1.8772064254

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: email@1and1.com

Registry Admin ID: REDACTED FOR PRIVACY

Admin Name: REDACTED FOR PRIVACY

Admin Organization: REDACTED FOR PRIVACY

Admin Street: REDACTED FOR PRIVACY

Admin City: REDACTED FOR PRIVACY

Admin State/Province: REDACTED FOR PRIVACY

Admin Postal Code: REDACTED FOR PRIVACY

Admin Country: REDACTED FOR PRIVACY

Admin Phone: REDACTED FOR PRIVACY

Admin Phone Ext: REDACTED FOR PRIVACY

Gmail - (PALONI, GIOVANNIA)

Case 1:19-cv-00328-TMT-MEH   Document 37-12   Filed 10/02/19   USDC Colorado   Page 4 of 4

file:///Users/courtenaypatterson/Ex. 12 - info re Paloni's website an...

Admin Fax: REDACTED FOR PRIVACY

Admin Fax Ext: REDACTED FOR PRIVACY

Admin Email: email@1and1.com

Registry Tech ID: REDACTED FOR PRIVACY

Tech Name: REDACTED FOR PRIVACY

Tech Organization: REDACTED FOR PRIVACY

Tech Street: REDACTED FOR PRIVACY

Tech City: REDACTED FOR PRIVACY

Tech State/Province: REDACTED FOR PRIVACY

Tech Postal Code: REDACTED FOR PRIVACY

Tech Country: REDACTED FOR PRIVACY

Tech Phone: REDACTED FOR PRIVACY

Tech Phone Ext: REDACTED FOR PRIVACY

Tech Fax: REDACTED FOR PRIVACY

Tech Fax Ext: REDACTED FOR PRIVACY

Tech Email: email@1and1.com

Nameserver: ns6209.hostgator.com

Nameserver: ns6210.hostgator.com

DNSSEC: Unsigned



**Steve Navarrete / Miami PSPI, LLC**

**Process Services & Private Investigations**

1800 Coral Way, #1511, Miami, FL 33145

T. 305-285-4321 / F. 877-626-7582

www.MiamiPSPI.com

