Case 1:19-cv-00328-JLK   Document 40-3   Filed 10/22/19   USDC Colorado   Page 1 of 3

# EXHIBIT C



Joel B. Rothman
Board Certified in Intellectual Property Law
Direct: 561.404.4335
joel.rothman@sriplaw.com

September 23, 2019

**VIA FEDEX and EMAIL: courtenay.patterson@gmail.com**
Mr. Courtenay Patterson
Law Offices of Courtenay Patterson
1716 North Main Street
Suite A #331
Longmont, CO 80501

Re:   Abbondanza v. Weiss & Weiss Law Group, PC
       County Case No. 1:19-cv-00328-RPM
       Our File No.: 00546-0001

Dear Mr. Patterson,

I have today filed my notice of appearance in the above referenced matter for Weiss Law Group, P.A., Jason Weiss and Peter Leiner.

I write concerning the Amended Complaint filed by you on behalf of your clients Michael Abbondanza and Tavin Foods, Inc. (collectively "Plaintiffs" or " your Clients") against our clients. Pursuant to Fed. R. Civ. P. 11, please cause your Clients to dismiss their Amended Complaint within 21 days for the reasons set forth below. Failing to do so will result in the filing of the attached motion against you and your client.

Prior to filing the above referenced action, it was incumbent upon you to determine whether Plaintiffs could prove they were entitled to make the claims they are making, including the unsupported claim that Mr. Abreu is not a real person. As part of your Rule 11 inquiry, you should have engaged in the necessary inquiry to determine whether Plaintiffs' claims are warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law, and that Plaintiffs' claims are not presented for any improper purpose.

You are now aware of the fact that Mr. Abreu is a real person and that Plaintiffs are not entitled to make the claims they are making in this action. You have been advised that Plaintiffs' claims are invalid and you have been furnished with evidence to demonstrate this conclusively.

Enclosed is our clients' Motion for Rule 11 Sanctions. This Motion for Sanctions is served as provided for in Rule 5 of the Federal Rules of Civil Procedure, but shall not be

Mr. Courtenay Patterson
Law Offices of Courtenay Patterson
September 23, 2019
Page 2

filed with or presented to the Court unless, within 21 days after service of the Motion for Sanctions, your Amended Complaint against Defendants is dismissed. Otherwise, I will file the Motion for Sanctions with the Court.

We trust that you will fulfill your obligations under Rule 11 and fully consider the implications of proceeding with this ill-advised and frivolous litigation. We therefore expect that Plaintiffs will, within 21 days of the date of this letter, dismiss the Amended Complaint in this case with prejudice.

Although I believe our position to be fully and clearly set forth above and in the attached Motion for Sanctions, if you have any questions, please feel free to contact me.

Sincerely,

SRIPLAW

Joel B. Rothman

cc:   Jason S. Weiss, Esq.
      Michael L. Hutchinson, Esq.