# EXHIBIT 1

## AFFIDAVIT OF SANTIAGO ABREU

I, SANTIAGO ABREU, being duly sworn, states as follows:

1. I am over the age of eighteen (18) years.
2. I am a resident of the State of Florida and I live in Palm Beach County, Florida.
3. I have personal knowledge of all facts in this Affidavit.
4. My date of birth is ▓▓▓▓ and my social security number is ▓▓▓▓.
5. I have numerous disabilities including ▓▓▓▓▓▓▓▓▓▓▓▓.
6. On July 14, 2015 I personally visited the Riverbend Market and Eatery located at 60006 U.S. Highway 285, Bailey, Colorado 80470.
7. I experienced violations of the 2010 Americans With Disabilities Act at the Riverbend Market and Eatery and requested my lawyers file suit against them for such violations on my behalf.

FURTHER AFFIANT SAYETH NOT.

_____
SANTIAGO ABREU

*STATE OF FLORIDA*       )
*COUNTY OF PALM BEACH*   )

Sworn to and subscribed before me this 26TH day of June 2019, by SANTIAGO ABREU. who has produced Florida State I.D. Card ▓▓▓▓▓▓ as identification.

_____
Signature of Notary Public
State of Florida

My Commission Expires:

JOHN F BRADLEY
Notary Public - State of Florida
Commission # GG 252972
My Comm. Expires Oct 16, 2022
Bonded through National Notary Assn.

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00432-PAB-MEH

SANTIAGO ABREU,

    Plaintiff,

v.

TAVIN FOODS, INC.,
d/b/a RIVERBEND MARKET AND EATERY,

    Defendant.

---

**AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

### AFFIDAVIT OF SANTIAGO ABREU

I, SANTIAGO ABREU, being duly sworn, state as follows:

1. I am over the age of eighteen (18) years.

2. I am a resident of the State of Florida.

3. I have personal knowledge of each and every assertion made in this Affidavit.

4. I am the Plaintiff in the above captioned matter.

5. I have numerous disabilities including moderately severe multiple sclerosis and I am also paraparetic. My conditions cause sudden onsets of severe pain and require me to use a wheelchair and substantially limit my ability to engage in major life activities, such as walking, standing, performing manual tasks and working.

6. I have filed numerous lawsuits based on violations of the 2010 Americans With Disabilities Act ("ADA") both as a tester and in my individual capacity.

7. As a tester I do not get paid for my work nor do I seek statutory damages even if I may be entitled to them.

EXHIBIT "A"

1

8. As a tester, it is my routine and practice to return to premises that have been court ordered or agreed (by settlement or otherwise) to bring said premises into compliance with the ADA to ensure same occurs.

9. On July 14, 2015 I personally visited the Riverbend Market and Eatery ("Restaurant") located at 60006 U.S. Highway 285, Bailey, Colorado 80470 ("Premises") and purchased an antipasti salad to eat.

10. When I arrived at the Premises I utilized the parking lot and encountered barriers to access that exist in violation of the ADA.

11. While at the Restaurant I personally utilized the restroom and encountered barriers to access that exist in violation of the ADA.

12. The barriers to access that I encountered in the restroom and parking lot at the Premises caused me to feel discriminated against as a result of being denied equal access to and use of the services at the Restaurant.

13. The barriers to access at the Premises exist in violation of the ADA and prevent me from having equal access to and enjoyment of the goods and services at the Premises.

14. I remain aware of the fact that I was discriminated against while at the Premises as a result of being denied equal access and enjoyments of the goods and services.

15. I will return to the Restaurant to dine again when Defendant eliminates the barriers to access that exist at the Restaurant in the violation of the ADA.

16. In addition, in accordance with my policy as a tester, I will return to the Premises to ensure that Defendant's discriminatory conduct has been eliminated and that Defendant's Premises are compliant with the ADA. However, until Defendant agrees to bring the Premises

into compliance or is Court ordered to do so, I will not subject myself to additional discrimination by Defendant.

FURTHER AFFIANT SAYETH NOT.

_____
SANTIAGO ABREU

STATE OF          )
COUNTY OF      )

Sworn to and subscribed before me this ___ day of January, 2017, by SANTIAGO ABREU. He is personally known to me or has produced _____ ___ as identification.

_____
Signature of Notary Public
State of:
My Commission Expires:

3