## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00328-JLK

MICHAEL ABBONDANZA,
TAVIN FOODS, INC.

    Plaintiffs,

v.

JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF AND LESLIE, LLP,
PETER LEINER,
GIOVANIA PALONI,

    Defendants.

## JOINDER IN MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Brett Huff, Richard Leslie, and Huff & Leslie, LLP (collectively "Huff & Leslie"), through their attorneys, Franz Hardy and Stephanie Brizel of Gordon Rees Scully Mansukhani, LLP, submit this Joinder in the Motion for Judgment on the Pleadings (Doc. 49). For the reasons set forth in the Motion for Judgment on the Pleadings, Huff & Leslie requests that this Court dismiss Counts I and II of the Amended Complaint, decline to exercise supplemental jurisdiction, and dismiss the remaining state law claims in the Amended Complaint.

DATED this the 9th day of January, 2020

[2]

        Respectfully submitted,

        */s/ Stephanie S. Brizel*
        Franz Hardy, Esq.
        Stephanie S. Brizel, Esq.
        GORDON REES SCULLY MANSUKHANI, LLP
        555 Seventeenth Street, Suite 3400
        Denver, Colorado 80202
        Telephone: (303) 534-5160
        fhardy@grsm.com
        sbrizel@grsm.com
        *Attorneys for Defendants Brett Huff,*
        *Richard Leslie, and Huff and Leslie, LLP*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record on this the 9th day of January, 2020.

Courtenay Patterson, Esq.
LAW OFFICES OF COURTENAY PATTERSON
1716 N. Main Street, Suite A #331
Longmont, Colorado 80501
courtenay.patterson@gmail.com

Michael L. Hutchinson, Esq.
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
hutch@tamlegal.com

Joel B. Rothman, Esq.
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

*/s/ Stephanie S. Brizel*
Franz Hardy, Esq.
Stephanie S. Brizel, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
sbrizel@grsm.com
*Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*