# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
        Defendants.

---

### PLAINTIFFS' STATUS UPDATE REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' LIMITED EXPEDITED DISCOVERY REQUEST AND REQUEST FOR ADDITIONAL LIMITED EXPEDITED DISCOVERY

---

Plaintiffs, through their undersigned counsel, file this Status Update regarding Plaintiffs' attempts to serve Defendant Paloni and Request for Additional Limited Expedited Discovery, stating as follows:

**I. DEFENDANTS' RESPONSE TO PLAINTIFFS' LIMITED EXPEDITED DISCOVERY REQUEST AND PLAINTIFFS' EFFORTS TO SERVE DEFENDANT PALONI SINCE FILING THE STATUS REPORT WITH THE COURT ON OCTOBER 2, 2019**

Pursuant to the Court's order on November 12, 2019 granting, in part, Plaintiffs' request for limited expedited discovery, Plaintiffs served their First Set of Written Discovery Requests on November 18, 2019. (See Ex. 1). Defendants responded to the request on December 2, 2019 (See Weiss Defendants' Response, attached hereto as Ex. 2, and Huff and Leslie Defendants' Response, attached hereto as Ex. 3.) Defendants Huff, Leslie, and Huff & Leslie, LLP ("Huff Defendants") stated they did not have any contact information for Ms. Paloni, other than what

Plaintiffs had identified in their Status Report of October 3, 2019 (ECF 38). Defendants Weiss, Leiner, and Weiss Law Group, P.A. ("Weiss Defendants") stated they had one email address that was not contained in Plaintiffs' Status Report and provided the email address to Plaintiffs. No additional contact information for Ms. Paloni was provided, other than the email address. On December 28, 2019, Plaintiffs' Counsel attempted to contact Ms. Paloni using the email address provided by the Weiss Defendants. (see email to Ms. Paloni, attached hereto as Ex. 4). As of the filing of this Status Update, Plaintiffs' Counsel has received no response from Ms. Paloni.

**II.  PLAINTIFFS' REQUEST FOR ADDITIONAL LIMITED EXPEDITED DISCOVERY**

On December 19, 2019, approximately two weeks after Defendants responded to Plaintiffs' Limited Expedited Discovery Request with one email address and no other contact information for Ms. Paloni, the Weiss Defendants filed a Motion for Judgment on the Pleadings, which the Huff Defendants moved to join on January 9, 2020. In the Motion for Judgment on the Pleadings, Defendants represented that Giovannia Paloni is a "long-time acquaintance of Mr. Abreu." Defendants further represented that Mr. Abreu "contacted Ms. Paloni, who was also in the Denver area at the same time as Mr. Abreu" and that "Ms. Paloni visited the Premises on July 14, 2015, took photographs, made observations, and prepared a report regarding her findings." (see ECF 49, p. 4 (citing ECF 8-1, Ex. 5).) If Mr. Abreu is a long-time acquaintance of Ms. Paloni, and if Mr. Abreu does exist, which Defendants adamantly assert, but Plaintiffs in no way concede, then given Defendants' lengthy amount of time working with Mr. Abreu during the pendency of all of the underlying ADA lawsuits, including the one against Plaintiffs, Defendants should be able to contact Mr. Abreu, who should have no difficulty providing Ms. Paloni's phone number, address and any other relevant contact information for Ms. Paloni.

Moreover, if Ms. Paloni did, in fact, visit Riverbend Eatery on July 14, 2015, as represented by Defendants in the Motion for Judgment on the Pleadings, then Ms. Paloni certainly

would have been compensated by either the Weiss Defendants, the Huff Defendants, or both, for her time traveling to, inspecting, and writing a report concerning Riverbend Eatery. Defendants likely would have received invoices from Ms. Paloni for her work on the underlying lawsuit, as well as on the numerous other cases on which she performed work for Defendants. The Weiss Defendants even admit in their Response to Plaintiffs' Request for Limited Expedited Discovery that for Weiss to produce 'all documents and communications that identify an address or other identifying information for Defendant Giovannia Paloni' would be unduly burdensome and would all show the same thing, an email address that Weiss uses to communicate with Paloni." (See Ex. 2).

In light of the representation by Defendants that Ms. Paloni is a long-time acquaintance of Mr. Abreu, that Ms. Paloni visited Riverbend Eatery on July 14, 2015 with Mr. Abreu, and that Defendant Weiss and Ms. Paloni have "worked together on numerous cases and matters," it seems hard to believe that Defendants have no contact information beyond an email address for Ms. Paloni and that the only way Defendant Weiss ever communicated with Ms. Paloni was via email, when Ms. Paloni clearly had to have been compensated for her work on the "numerous cases and matters" on which Paloni and Weiss worked together. Based on this newly-acquired information that was raised in Defendants' Motion for Judgment on the Pleadings, Plaintiffs respectfully request that they be allowed to conduct additional expedited discovery to identify Defendant Paloni's whereabouts, in order that she be served.

**RESPECTFULLY** submitted on this 9th day of January 2020.

                                              LAW OFFICES OF COURTENAY PATTERSON
                                              /s/ *Courtenay Patterson*_____
                                              Courtenay Patterson, Esq., CO Bar No. 49215
                                              Law Offices of Courtenay Patterson
                                              1716 N. Main St., Suite A #331
                                              Longmont, CO 80501
                                              Email: courtenay.patterson@gmail.com
                                              Telephone: (925) 237-1187

                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of January 2020, I electronically filed the foregoing Status Update regarding Plaintiffs' attempts to serve Defendant Paloni and Request for Additional Limited Expedited Discovery with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:


Michael Hutchinson
Treece, Alfrey, Musat, P.C.
633 17th Street, Suite 2200
Denver, CO 80202
(303) 292-2700
hutch@tamlegal.com


Joel Rothman
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
(561) 404-4350
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*


Franz Hardy, Esq.
Maral J. Shoaei, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
mshaoei@grsm.com
*Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*


                /s/ *Courtenay Patterson*
                _____

                Law Offices of Courtenay Patterson
                1716 N. Main St., Suite A #331
                Longmont, CO 80501