# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
    Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
    Defendants.

---

## PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS

---

  Plaintiffs, by their undersigned attorney, propounds their FIRST SET OF WRITTEN DISCOVERY REQUESTS, to which Defendants Weiss, Leiner, Weiss Law Group, P.C., Huff, Leslie, and Huff & Leslie, LLP shall respond separately and fully, in writing and under oath, in accordance with the Instructions and Definitions set forth hereinafter. The answers to these Requests for Production shall be produced at the offices of Plaintiff's attorney, 1716 N. Main St., Suite A #331, Longmont, Colorado 80501 within fourteen days of the service of this discovery, pursuant to the order of District Court Judge Kane on November 12, 2019. These interrogatories and requests for production are continuing in nature and require supplemental responses to the extent provided by F.R.C.P. Rule 26(e).

### INSTRUCTIONS

1. If any DOCUMENT is withheld under a claim of privilege or other protection, then

1

consistent with Federal Rules of Civil Procedure 26(b)(5) and 34(b)(2)(C) state the grounds for withholding the DOCUMENTS, COMMUNICATIONS, or other tangible things from Plaintiffs and describe the nature of the DOCUMENTS, COMMUNICATIONS, or other tangible things not produced or disclosed in a manner that will, without revealing information that is itself privileged or protected, enable the Court and the parties to determine the validity of the privilege or other protection. To that end, please provide the following information with respect to any such DOCUMENT:

    a. The identity of the person(s) who prepared the DOCUMENT, who signed it, and over whose name it was sent or issued;

    b. The identity of each person(s) to whom the DOCUMENT was directed;

    c. The nature and substance of the DOCUMENT with sufficient particularity to enable the Court and parties hereto to identify the DOCUMENT;

    d. The date of the DOCUMENT;

    e. The identity of the person(s) having custody of, or control over, the DOCUMENT and each copy thereof;

    f. The identity of each person to whom copies of the DOCUMENT were furnished;

    g. The number of pages;

    h. The basis on which any privilege or other protection is claimed; and

    i. Whether any non-privileged or non-protected matter is included in the document.

2. These written discovery requests are deemed continuing. If any information sought by said requests is not learned until after the requests are answered, or if any answers for any reason should later become incorrect, there shall be a continuing duty on the party answering said written discovery requests to supplement or change answers previously submitted pursuant to Rule 26(e) of the Federal Rules of Civil Procedure and applicable law.

3. Please answer each written discovery request separately and fully. Any objections to answering any request must be stated and the reasons therefore set forth. If YOU object to any request on the grounds of privilege, please state the nature of each such privilege and explain how such privilege is applicable to each request.

4. When answering these written discovery requests, YOU are requested to furnish all information available to YOU, including information in the possession of attorneys, investigators, employees, agents, representatives, guardians, expert witnesses, or any other person or persons acting on YOUR behalf, and not merely such information as is known by YOU by personal knowledge.

5. Whenever YOU object to a particular request, or portion thereof, YOU must produce all DOCUMENTS called for which are not subject to that objection. Similarly, wherever a DOCUMENT is not produced in full, please state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief and with as much particularity as possible, those portions of the DOCUMENT that are not produced.

7. If in answering this REQUEST YOU claim any ambiguity in either the Request to an applicable definition or instruction, please identify in YOUR response the language that YOU consider ambiguous and state the interpretation that YOU are using in YOUR response.

8. The DOCUMENTS produced in response to this Request shall be (i) organized and designated to correspond to the categories in this Request or (ii) produced as they are maintained in the normal course of business. In either case:

    a. All associated file labels, file headings, and file folders shall be produced together with the responsive DOCUMENTS from each file, and each file shall be identified as to its owner or custodian;

    b. All DOCUMENTS that cannot be legibly copied shall be produced in their original

form; otherwise, YOU may produce photocopies;

    c.  All photocopies shall be stapled or clipped as the originals; and

    d.  Each page shall be given a discrete production number.

9.  If multiple copies of a DOCUMENT exist, produce every copy on which appear any notations or markings of any sort not appearing on any other copy.

10. If YOU know of the existence, past or present, of any DOCUMENT described in this Request, but such DOCUMENT is not presently in YOUR possession, custody, or control, identify the DOCUMENT and the person in whose possession, custody, or control the document was last known to be. If the DOCUMENT no longer exists, state when, how, and why the DOCUMENT ceased to exist.

11. The words "and" and "or," as used herein, shall be construed both conjunctively and disjunctively, and each shall include the other wherever such dual construction will serve to bring within the scope of this Request any documents that would otherwise not be brought within its scope.

12. The singular form, as used herein, shall include the plural and vice versa whenever such dual construction will serve to bring within the scope of this Request any DOCUMENTS that would otherwise not be brought within its scope.

13. If this action proceeds to trial, PLAINTIFFS will move to exclude as evidence the introduction of any DOCUMENTS, COMMUNICATIONS, or other tangible things, which YOU had in YOUR possession, were not privileged, and were called for by these Requests, but which YOU did not produce.

14.  YOUR answers to this Request for Production must be verified, dated, and signed. YOU may wish to use the following form at the end of your answers: "I declare under penalty of perjury under the laws of the State of Colorado that the foregoing answers are true and correct."

<u>REQUEST FOR PRODUCTION</u>

1. Please produce all documents and other communications that identify an address or other identifying contact information for Defendant Giovannia Paloni different than that contained in Plaintiffs' Status Report dated October 2, 2019.

**RESPECTFULLY** submitted on this 18th day of November, 2019.

        LAW OFFICES OF COURTENAY PATTERSON
        /s/ Courtenay Patterson _____
        Courtenay Patterson, Esq., CO Bar No. 49215
        Law Offices of Courtenay Patterson
        1716 N. Main St., Suite A #331
        Longmont, CO 80501
        Email: courtenay.patterson@gmail.com
        Telephone: (925) 237-1187

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2019, I electronically filed the foregoing Request for Production with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

Michael Hutchinson
Treece, Alfrey, Musat, P.C.
633 17th Street, Suite 2200
Denver, CO 80202
(303) 292-2700
hutch@tamlegal.com
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*

Joel B. Rothman
SRIP Law
21301 Powerline Rd., Suite 100
Boca Raton, FL 33433
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*

Franz Hardy, Esq.
Maral J. Shoaei, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
mshaoei@grsm.com
*Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*
Defendants

/s/ Courtenay Patterson
_____
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501