IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00328-JLK

MICHAEL ABBONDANZA,
TAVIN FOODS, INC.

    Plaintiffs,

v.

JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF AND LESLIE, LLP,
PETER LEINER,
GIOVANIA PALONI,

    Defendants.

---

### RESPONSE TO FIRST SET OF WRITTEN DISCOVERY REQUESTS

---

Defendants Brett Huff, Richard Leslie, and Huff & Leslie, LLP (collectively "Huff & Leslie"), through their attorneys, Franz Hardy and Stephanie Brizel of Gordon Rees Scully Mansukhani, LLP, submit this Response to Plaintiffs' First Set of Written Discovery Requests.

#### RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1. Please produce all documents and other communications that identify an address or other identifying contact information for Defendant Giovannia Paloni different than that contained in Plaintiffs' Status Report dated October 2, 2019.

    RESPONSE: Huff & Leslie object to the "First Set of Written Discovery Requests,"

    including the "Instructions" section, to the extent it is inconsistent with the

    Federal Rules of Civil Procedure and this Court's Order granting in part

    Plaintiff's Motion for Expedited Limited Discovery (Doc. 48). Subject to

    and without waiving this objection, upon review, Huff & Leslie does not

possess documents or other communications that identify an address or other identifying contact information for defendant Giovania Paloni different than that contained in Plaintiff's Status Report (Doc. 37).

DATED this 2nd day of December, 2019.

                                          */s/ Franz Hardy*
Franz Hardy, Esq.
Stephanie S. Brizel, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
sbrizel@grsm.com
*Attorneys for Defendants Brett Huff,*
*Richard Leslie, and Huff and Leslie, LLP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was served via email upon all counsel of record on this 2nd day of December, 2019.

Courtenay Patterson, Esq.
Law Offices of Courtenay Patterson
1716 N. Main Street, Suite A #331
Longmont, Colorado 80501
courtenay.patterson@gmail.com

Michael L. Hutchinson, Esq.
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
hutch@tamlegal.com

Joel B. Rothman, Esq.
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
joel.rothman@sriplaw.com

*/s/ Franz Hardy*
Franz Hardy, Esq.
Stephanie S. Brizel, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
sbrizel@grsm.com
*Attorneys for Defendants Brett Huff,*
*Richard Leslie, and Huff and Leslie, LLP*