UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.: 1:19-cv-00328-RPM

MICHAEL ABBONDANZA AND TAVIN
FOODS, INC.,

      Plaintiffs,

v.

WEISS LAW GROUP, P.C., PETER
LEINER, RICHARD LESLIE, BRETT
HUFF, HUFF & LESLIE, LLP, GIOVANIA
PALONI, AND JASON WEISS,

      Defendants.

## WEISS LAW GROUP, P.A., PETER LEINER, AND JASON S. WEISS' RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

Weiss Law Group, P.A., Jason S. Weiss and Peter Leiner, by and through undersigned counsel, hereby respond to the Request for Production dated November 18, 2019 as follows:

1. Please produce all documents and other communications that identify an address or other identifying contact information for Defendant Giovannia Paloni different than that contained in Plaintiffs' status report dated October 2, 2019.

   **As for Jason Weiss only, objection as overbroad and not limited in scope, content, time or date. Jason Weiss ("Weiss") and Giovannia Paloni ("Paloni") have worked together on numerous cases and matters and for Weiss to produce "all documents and communications that identify an address or other identifying contact information for Defendant Giovanni Paloni" would be unduly burdensome and would all show the same thing, an email address that Weiss uses to communicate with Paloni. As such, without waiving said objections, attached is an email exchange between Paloni and Weiss discussing the Expert Report that was used in the underlying action of *Abreu v. Tavin Foods, Inc.*, case number 16-cv-432 MEH. This email exchange contains an email address for Paloni that is believed to not be contained in Plaintiff's October 2, 2019 status report.**

**As for Peter Leiner only, he does not have any other information other than what Weiss would have and has produced as part of this Response.**

**As for Weiss Law Group, P.C., Weiss, Leiner and the undersigned are uncertain as to the identity of Weiss Law Group, P.C and as such, cannot respond on behalf of Weiss Law Group, P.C.  However, Weiss Law Group, P.A. does not have any documents or communications in addition to what Weiss has produced herewith.**

DATED: December 2, 2019         Respectfully submitted,

                                                        */s/  Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Weiss Law Group, P.A., Peter Leiner, and Jason S. Weiss*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, I served the foregoing on the following via the email addresses listed below:

Courtenay Patterson, Esq.
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501
courtenay.patterson@gmail.com

Franz Hardy, Esq.
Larissa Kirkland, Esq.
Gordon Rees Scully Mansukhani, LLP
555 17th Street, Suite 3400
Denver, CO 80202
fhardy@grsm.com
lkirkland@grsm.com

*Michael L. Hutchinson*
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO  80202
hutch@tamlegal.com

                                            */s/ Joel B. Rothman*
                                            JOEL B. ROTHMAN
                                            joel.rothman@sriplaw.com
                                            Fla. Bar No. 98220