**From:** **Courtenay Patterson** courtenay.patterson@gmail.com 
**Subject:** Waiver of Service
**Date:** December 28, 2019 at 2:21 PM
**To:** ggcompliance@gmail.com

Ms. Paloni:

I represent Michael Abbondanza and Tavin Foods, Inc. in a suit that was filed Thursday, February 7, 2019 against Jason Weiss, The Weiss Law Group, and several other defendants, including yourself, who were part of the underlying ADA suit against my client -- Abreu v. Tavin Foods, 1:16-cv-00432-MEH. A copy of the Complaint we have filed in Colorado District Court, case number 1:19-cv-00328-RPM, is attached for your reference.

Also attached is a Waiver of Service. As you may be aware, Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

Please acknowledge receipt of the attached Complaint and Waiver of Service and return the signed Waiver of Service at your earliest convenience. The other 6 defendants in this case have already agreed to and/or have already returned their Waivers of Service.

Thank you for your cooperation in this matter.

Sincerely,
Courtenay

--
**Law Offices of Courtenay Patterson**
1716 N. Main St., Suite A #331
Longmont, CO 80501
(925) 237-1187
www.courtoflaw.net

  

Waiver of          RICO Amended
Service...za.pdf   Compl...in.docx