# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
        Defendants.

## PLAINTIFFS' STATUS REPORT REGARDING PLAINTIFFS' ALTERNATIVE SERVICE OF PROCESS ATTEMPT ON DEFENDANT PALONI

Plaintiffs, through their undersigned counsel, file this Status Report regarding Plaintiffs' attempt to serve Defendant Paloni via alternative means of service, stating as follows:

### I. PLAINTIFFS HAVE RECEIVED NO RESPONSE FROM DEFENDANT PALONI.

Pursuant to the Court's October 27, 2020 order granting Plaintiffs' Motion for Alternative Means of Service upon Defendant Paloni, Plaintiffs sent a copy of the Complaint, Civil Cover Sheet, and Court's October 27, 2020 order, via certified mail, to Defendant Paloni at 9780 E. Gold Dust Ave., Scottsdale, AZ 85258 on November 9, 2020. (See Certified Mail Receipt, attached hereto as Exhibit 1). Plaintiffs' Counsel confirmed, via the certified mail tracking, that the envelope was received by an individual at the residence on November 12, 2020 at 2:12 p.m. (See USPS Tracking Confirmation, attached hereto as Exhibit 2). As of the filing of this Status Report, Plaintiffs' Counsel has received no response from Ms. Paloni, nor was the envelope

1

returned to Plaintiffs' Counsel indicating that Ms. Paloni does not reside at that address.

**RESPECTFULLY** submitted this 2nd day of December, 2020.

                                  LAW OFFICES OF COURTENAY PATTERSON
                                  /s/ *Courtenay Patterson*_____
                                  Courtenay Patterson, Esq., CO Bar No. 49215
                                  Law Offices of Courtenay Patterson
                                  1716 N. Main St., Suite A #331
                                  Longmont, CO 80501
                                  Email: courtenay.patterson@gmail.com
                                  Telephone: (925) 237-1187

                                  *Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of December, 2020, I electronically filed the foregoing Status Report regarding Plaintiffs' attempts to serve Defendant Paloni with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

  Michael Hutchinson
  Treece, Alfrey, Musat, P.C.
  633 17th Street, Suite 2200
  Denver, CO 80202
  (303) 292-2700
  hutch@tamlegal.com


  Joel Rothman
  SRIPLAW
  21301 Powerline Road
  Suite 100
  Boca Raton, FL 33433
  (561) 404-4350
  *Attorney for Defendants Weiss, Weiss Law Group, and Leiner*


  Franz Hardy, Esq.
  Maral J. Shoaei, Esq.
  GORDON REES SCULLY MANSUKHANI, LLP
  555 Seventeenth Street, Suite 3400
  Denver, Colorado 80202
  Telephone: (303) 534-5160
  fhardy@grsm.com
  mshaoei@grsm.com
  *Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*


          /s/ *Courtenay Patterson*
          _____

          Law Offices of Courtenay Patterson
          1716 N. Main St., Suite A #331
          Longmont, CO 80501