USPS.com® - USPS Tracking® Results    https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70192970000032305341

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70192970000032305341

Remove X

Your item was delivered to an individual at the address at 2:12 pm on November 12, 2020 in SCOTTSDALE, AZ 85258.



## Delivered

November 12, 2020 at 2:12 pm
Delivered, Left with Individual
SCOTTSDALE, AZ 85258

Get Updates ∨

---

Text & Email Updates       ∨

---