IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-328-TMT-MEH | Date: | January 5, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                                                *Counsel:*

MICHAEL ABBONDANZA, et al.                      Courtenay Patterson (by phone)

    Plaintiff,

v.

JASON WEISS, et al.,                                         Joel Rothman (by phone)
                                                                   Franz Hardy

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     1:34 p.m.

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:** September 30, 2021

**Dispositive Motion Deadline:** November 30, 2021

**Initial Rule 26(a)(2) Disclosures:** June 1, 2021
**Rebuttal Rule 26(a)(2) Disclosures:** July 1, 2021

**Final Pretrial Conference:**   January 10, 2022 at 10:00 a.m. before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at [Hegarty_Chambers@cod.uscourts.gov](mailto:Hegarty_Chambers@cod.uscourts.gov) **one week prior to the conference.**

**Court in recess:**     2:06 p.m.     (Hearing concluded)
**Total time in Court: 00:32**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.