# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
        Defendants.

## PLAINTIFFS' FOURTH STATUS REPORT REGARDING PLAINTIFFS' SERVICE OF PROCESS ATTEMPTS ON DEFENDANT PALONI

Plaintiffs, through their undersigned counsel, file this Fourth Status Report regarding Plaintiffs' attempt to serve Defendant Paloni, stating as follows:

### I. PLAINTIFFS HAVE RECEIVED NO RESPONSE FROM DEFENDANT PALONI.

As previously stated in Plaintiffs' Third Status Report, filed December 2, 2020, pursuant to the Court's October 27, 2020 order granting Plaintiffs' Motion for Alternative Means of Service upon Defendant Paloni, Plaintiffs sent a copy of the Complaint, Civil Cover Sheet, and Court's October 27, 2020 order, via certified mail, to Defendant Paloni at 9780 E. Gold Dust Ave., Scottsdale, AZ 85258 on November 9, 2020. (See Certified Mail Receipt, attached hereto as Exhibit 1). Plaintiffs' Counsel confirmed, via the certified mail tracking, that the envelope was received by an individual at the residence on November 12, 2020 at 2:12 p.m. (See USPS Tracking Confirmation, attached hereto as Exhibit 2). As of the filing of this Status Report,

1

Plaintiffs' Counsel has received no response from Ms. Paloni, nor was the envelope returned to Plaintiffs' Counsel indicating that Ms. Paloni does not reside at that address.

## II.  PLAINTIFFS ATTEMPTED PERSONAL SERVICE UPON DEFENDANT PALONI ON DECEMBER 10, 2020 IN SCOTTSDALE, AZ.

On December 10, 2020, James Patterson, who is over 18 years of age and not a party to this case, attempted to personally serve Defendant Paloni at her home at 9780 E. Gold Dust Ave., Scottsdale, AZ 85258. Although Defendant Paloni refused to accept service of the Summons and Complaint, Mr. Patterson was able to confirm that 9780 E. Gold Dust Ave., Scottsdale, AZ 85258 is, in fact, Ms. Paloni's residence. (See Declaration of James Patterson, dated January 26, 2021, attached hereto as Exhibit 1).

**RESPECTFULLY** submitted this 26th day of January, 2021.

LAW OFFICES OF COURTENAY PATTERSON
/s/ *Courtenay Patterson*_____
Courtenay Patterson, Esq., CO Bar No. 49215
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501
Email: courtenay.patterson@gmail.com
Telephone: (925) 237-1187

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2021, I electronically filed the foregoing Fourth Status Report regarding Plaintiffs' Service of Process Attempts on Defendant Paloni with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

Michael Hutchinson
Treece, Alfrey, Musat, P.C.
633 17th Street, Suite 2200
Denver, CO 80202
(303) 292-2700
hutch@tamlegal.com


Joel Rothman
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
(561) 404-4350
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*


Franz Hardy, Esq.
Maral J. Shoaei, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
mshaoei@grsm.com
*Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*


/s/ *Courtenay Patterson*
_____

Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501