## DECLARATION OF JAMES PATTERSON

I, James Patterson, declare under penalty of perjury as follows:

1. I am over the age of 18 and I am not a party to case number 1:19-cv-00328-TMT-MEH.

2. I make this Declaration based on my attempted personal service of Defendant Giovannia Paloni at her residence, located at 9780 E. Gold Dust Ave., Scottsdale, AZ 85258 ("Residence").

3. I further make this Declaration to confirm that Defendant Paloni does reside at 9780 E. Gold Dust Ave., Scottsdale, AZ 85258.

4. I travelled from Denver, CO to Phoenix, AZ on December 10, 2020.

5. I personally went to Defendant Paloni's residence on December 11, 2020 at approximately 3:00 p.m. The Residence is located on the northwest corner of the T-intersection of E. Gold Dust Ave. and N. 98th St.

6. I brought a copy of the Complaint, Summons, and Court Order dated October 27, 2020 granting Plaintiffs' Motion for Alternative Service with me to the Residence.

7. When I arrived at the Residence, I could not hear anyone inside of the Residence and all of the blinds were closed. Security cameras were located on the house pointing towards the front walkway and driveway.

8. I rang the doorbell, but there was no response.

9. As I was waiting by the front door, a blonde woman driving a blue Ferrari turned into the driveway of the Residence and opened the garage door.

10. I walked towards the driveway, but as the woman saw me approaching, she immediately put the blue Ferrari in reverse, closed the garage door, quickly pulled out of the driveway, and drove down the street away from the Residence.

11. I went to the home on the north side of the Residence and rang the doorbell. A man answered the door and confirmed that Giovannia Paloni lived at the Residence.

12. I went to the home directly across the street from the Residence. There was an outer gate with a doorbell on it. The gate opened to a courtyard, on the far end of which was the front door. I rang the doorbell at the outer gate. A man answered over the intercom. I explained who I was and that I was looking for Giovannia Paloni. The man answered the front door and spoke to me in the courtyard. He confirmed that Giovannia Paloni lived at the Residence.

13. I walked back towards the Residence to leave the envelope containing the Complaint, Summons and Court Order, when the blonde woman driving the blue Ferrari appeared driving south on N. 98th St. She stopped the blue Ferrari next to me along the curb just south of the T-intersection at E. Gold Dust Ave. and N. 98th St.

14. The blonde woman rolled down her window and asked if I lived in the neighborhood. I explained to her that I was in town from Denver and had some important paperwork for her. She said that when people are in the neighborhood that do not live there, the residents would typically call the police. I stated that she should contact the police and that I was happy to wait for their arrival. I again told her that I had important information for her. She stated that she would not take anything that I had, rolled up the window of her blue Ferrari and drove down the

street. There was a small brown and white dog in the front seat of the Ferrari, which I had previously seen in social media posts, including on Facebook, for a Giovannia Paloni.

15. I waited for approximately 15 more minutes to see if she would return or if the police were going to respond. After approximately 15 minutes, the blond woman in the blue Ferrari drove up the street and turned into the driveway of the home directly north of the Residence. This was the same home I had gone to, as described in paragraph 10 of this Declaration. She remained in her blue Ferrari in the driveway of that residence for approximately 5 minutes, before pulling out of the driveway and driving north on N. 98th St.

16. I continued to wait approximately another 10 minutes before leaving the area and returning to my hotel.

17. I confirmed with two sets of neighbors of the Residence that Giovannia Paloni does, in fact, reside at 9780 E. Gold Dust Ave., Scottsdale, AZ 95258.

18. Defendant Paloni refused personal service of the Complaint and Summons in this case.

Executed on this 26th day of January, 2021.

_____
James Patterson