# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-328-TMT-MEH

**Michael Abbondanza,**
**Tavin Foods, Inc.**
          Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
          Defendants.

## NOTICE OF SUBPOENA

Pursuant to Fed. R. Civ. P. 45, Plaintiff hereby gives notice to all Defendants of issuance of a subpoena to United Airlines, Inc. for production of documents on or before February 27, 20121, at 10:00 am. The subpoena is attached as Ex. 1.

**RESPECTFULLY** submitted on this February 8, 2021.

          Regards,

          LAW OFFICES OF COURTENAY PATTERSON
          /s/ Courtenay Patterson_____
          Courtenay Patterson, Esq., CO Bar No. 49215
          Law Offices of Courtenay Patterson
          1716 N. Main St., Suite A #331
          Longmont, CO 80501
          Email: courtenay.patterson@gmail.com
          Telephone: (925) 237-1187

          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

On February 8, 2021, I certify that the foregoing was served on all counsel of record via ECF filing.

/s/ Courtenay Patterson
Courtenay Patterson, Esq., CO Bar No. 49215