# Business Records Affidavit

STATE OF _____

COUNTY OF _____

Before me, the undersigned authority, personally appeared _____, (Affiant), who first being duly sworn or affirmed by me, under penalty of perjury, deposed as follows:

1. My name is _____. I am over the age of 18 and fully competent to make this affidavit. The facts stated herein are true and correct and are based on my personal knowledge.
2. I am the custodian of the records of _____ (business name), whose address is _____.
3. Attached hereto, collectively as Exhibit A, are _____ pages of records from said business, regarding the account of _____.
4. These said pages of records are kept by said business in the regular course of business.
5. It is the regular practice of said business for an employee or representative with knowledge of the act, event, incident, order, transaction, invoice, condition, photo, video recording, audio recording, opinion, or diagnosis, to make the record, or to transmit information thereof to be included in such record.
6. The said records were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.
7. The said records attached hereto are the originals or exact duplicates of the originals.

_____
Affiant's Signature


SUBSCRIBED AND SWORN TO OR AFFIRMED before me on the _____ day of _____, _____ by Affiant _____.



_____
Notary Public


_____
My commission expires