IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-328-TMT-MEH | Date: | February 11, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                              *Counsel:*

MICHAEL ABBONDANZA, et al.,                Courtenay Patterson

   Plaintiff,

v.

JASON WEISS, et al.,                                 Franz Hardy
                                                                           Joel Rothman (by video-teleconference)

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**Court in session:**     **11:09 a.m.**

Court calls case.  Appearances of counsel.

This matter is before the Court regarding the pending [ECF 74] *Motion to Compel RICO Case Statement* filed by the Defendant Jason Weiss on January 14, 2021.

For the reasons set forth on the record, the record will enter a separate Order **DENYING** the *Motion*.

**Court in recess:**     **11:45 a.m.**     Hearing concluded.
Total in-court time     00:36

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.