IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA; and
TAVIN FOODS, INC.,

        Plaintiffs,

v.

JASON WEISS;
WEISS LAW GROUP, P.A.;
BRETT HUFF;
RICHARD LESLIE;
HUFF AND LESLIE, L.L.P.;
PETER LEINER; and
GIOVANIA PALONI,

        Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR WEISS DEFENDANTS – MICHAEL L. HUTCHINSON**

---

COMES NOW Michael L. Hutchinson of the law firm Treece Alfrey Musat P.C., and pursuant to D.C.COLO.LAttyR 5(b) hereby moves to withdraw as counsel of record for Defendants Jason Weiss, Weiss Law Group, P.A. and Peter Leiner (the "Weiss Defendants") stating as follows:

    1.    Weiss Defendants currently have two attorneys of record: Joel B. Rothman, and Michael L. Hutchinson.

    2.    Mr. Hutchinson has taken a leave of absence from the practice of law for non-case related reasons, and as such cannot continue representing Weiss Defendants in the herein matter.

3.      Weiss Defendants have been advised of, and consent to, Mr. Hutchinson's withdrawal as counsel of record in this case, and a copy of this motion is being served on Weiss Defendants as required by thew Local Rules.

4.      Mr. Rothman will continue as lead counsel for Weiss Defendants, and there is no prejudice worked on them or any other party to this litigation by allowing Mr. Hutchinson's withdrawal.

WHEREFORE, undersigned requests that the Court GRANT this motion and terminate Michael L. Hutchinson as counsel of record for Defendants Jason Weiss, Weiss Law Group, P.A. and Peter Leiner at the Court's earliest opportunity.

Respectfully submitted this 17th day of February, 2021.

> _s/ Michael L. Hutchinson_
> TREECE ALFREY MUSAT P.C.
> 633 17th Street, Suite 2200
> Denver, CO  80202
> (303) 292-2700
> (303) 295-0414 FAX
> hutch@tamlegal.com

CERTIFICATE OF SERVICE

      I hereby certify that, on this 17th day of February, 2021, I filed the foregoing on the CM/ECF system, which will send notification of said filing to the following email addresses:

Courtenay Patterson, Esq.
Law Offices of Courtenay Patterson
courtenay.patterson@gmail.com

Joel B. Rothman, Esq.
SRIPLAW
joel.rothman@sriplaw.com

Franz Hardy, Esq.
Maral J. Shoaei, Esq.
Gordon Rees Scully Mansukhani, LLP
fhardy@grsm.com
mshoaei@grsm.com

And by email to:

Jason S. Weiss, Esq.
Weiss Law Group, P.A.
jason@jswlawyer.com

                                                  *s/ Ronda Frazier*
                                                  Ronda Frazier