ABIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

      Plaintiffs,

v.

JASON WEISS,
PETER LEINER,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP, and
GIOVANNIA PALONI,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2021.**

      Before the Court is the Motion to Withdraw as Counsel of Record for the Weiss Defendants. For good cause shown, the Motion [filed February 17, 2021; ECF 87] is **granted**. Michael L. Hutchinson, Esq., is terminated as counsel of record for Defendants Jason Weiss, Peter Leiner, and the Weiss Law Group, PA (the "Weiss Defendants"), and the Clerk of the Court shall remove Mr. Hutchinson from the case caption.

      The Weiss Defendants will continue to be represented by Joel B. Rothman, Esq.