IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
    Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
    Defendants.

___

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GIOVANNIA PALONI**

___

Come now Plaintiffs, through their undersigned counsel, and hereby request the Clerk to enter a default against Defendant Giovannia Paloni on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**RESPECTFULLY** submitted this 14th day of February, 2021.

        LAW OFFICES OF COURTENAY PATTERSON
        /s/ *Courtenay Patterson*_____
        Courtenay Patterson, Esq., CO Bar No. 49215
        Law Offices of Courtenay Patterson
        1716 N. Main St., Suite A #331
        Longmont, CO 80501
        Email: courtenay.patterson@gmail.com
        Telephone: (720) 222-9551
        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of February, 2021, I electronically filed the foregoing Request for Entry of Default against Defendant Giovannia Paloni with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

 Michael Hutchinson
 Treece, Alfrey, Musat, P.C.
 633 17th Street, Suite 2200
 Denver, CO 80202
 (303) 292-2700
 hutch@tamlegal.com

 Joel Rothman
 SRIPLAW
 21301 Powerline Road
 Suite 100
 Boca Raton, FL 33433
 (561) 404-4350
 *Attorney for Defendants Weiss, Weiss Law Group, and Leiner*

 Franz Hardy, Esq.
 Maral J. Shoaei, Esq.
 GORDON REES SCULLY MANSUKHANI, LLP
 555 Seventeenth Street, Suite 3400
 Denver, Colorado 80202
 Telephone: (303) 534-5160
 fhardy@grsm.com
 mshaoei@grsm.com
 *Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*

             /s/ *Courtenay Patterson*
             _____

             Law Offices of Courtenay Patterson
             1716 N. Main St., Suite A #331
             Longmont, CO 80501