# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
    Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
    Defendants.

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, <u>Courtenay Patterson, of Law Offices of Courtenay Patterson, LLC</u>, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for Plaintiffs in this action.

2. A complaint was filed herein on February 7, 2019 and service of process was had on Defendant Paloni on November 12, 2020 at 9780 E. Gold Dust Ave., Scottsdale, AZ 85258, following the Court's October 27, 2020 order granting Plaintiffs' Motion for Alternative Means of Service upon Defendant Paloni allowing for service by certified mail. (See ECF 66).

3. Defendant Paloni's address of 9780 E. Gold Dust Ave., Scottsdale, AZ 85258 was confirmed by attempted personal service on Defendant Paloni at that address on December 10, 2020. (See ECF 77).

4. More than twenty one (21) days have elapsed since Defendant Paloni was served and she has failed to plead or otherwise defend, as provided by the Federal Rules of Civil

1

Procedure.

5. Plaintiffs respectfully request that an Entry of Default against Defendant Paloni be entered forthwith.

_____
Attorney for Plaintiff

Sworn to and subscribed before me this 15th day of February, 2021.

_____
Notary Public

JUSTIN CURTIS EISENBEISS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204033705
MY COMMISSION EXPIRES 09-28-2024