# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
        Defendants.

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on _____ , that the summons and complaint were duly served upon Defendant Giovannia Paloni and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of Plaintiffs, default is hereby entered against the defendant, _____ , as provided in Rule 55(a), Federal Rules of Civil Procedure.

                                                 By _____
                                                      Deputy Clerk