**SERVICEMEMBERS CIVIL
RELIEF ACT AFFIDAVIT**



Abbondanza and Tavin Foods, Inc.

(Party name as displayed in case caption)

19-cv-00328-TMT-MEH

Docket/Case No.

Vs.

Weiss, et al

(Party name as displayed in case caption)

U.S. District Court, District of Colorado

Court

I, Michael Abbondanza                    , the undersigned, certify and declare as follows:

1) This affidavit is made pursuant to the Servicemembers Civil Relief Act (50 U.S.C. § 3931).

2) I am the plaintiff in the above-captioned matter.

3) As of the current date: (check one)

☐ a)  I have personal knowledge that the defendant named above is in military service.

☐ b)  I have personal knowledge that the defendant named above is **not** in military service.

☒ c)  I am unable to determine whether the defendant named above is in military service.

4) The following facts support the above statement (explain how you know the defendant is or is not in military service, or, if unable to make a determination, the steps you took to investigate the defendant's military status):

I ran a search to determine Defendant Giovannia Paloni's active military status on the Servicemembers Civil Relief Act website (scra.dmdc.osd.mil). I used the name Christine G. Paloni with a Date of Birth of June 29, 1971. Both the name and date of birth were obtained through a skip trace performed by a private investigator, at the Miami PSPI on April 5, 2019. The results of the search indicate that Ms. Paloni is not currently in active military status, nor has she been in the past 367 days. The status report is attached.

Signature

**NOTE:**