IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No: 19-cv-328-TMT-MEH | | Date: July 6, 2021 |
| Courtroom Deputy: Christopher Thompson | | FTR: Courtroom A 501* |

*Parties:*                                              *Counsel:*

MICHAEL ABBONDANZA, et al.,                              Courtenay Patterson

   Plaintiff,

v.

JASON WEISS, et al.,                                     Franz Hardy
                                                                                         Joel Rothman (by video-teleconference)

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**     **11:36 a.m.**

Court calls case. Appearances of counsel.

Discussion held regarding the Defendant's objections to the Plaintiff's discovery requests related to *Requests for Productions #4, #5, #8, and #18*.

**ORDERED:** The Plaintiff shall respond to the Defendant's *Requests for Productions* **on or before July 16, 2021**, as stated on the record.

                A Status Conference is set for **August 4, 2021, at 1:00 p.m.** before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse.

**Court in recess:**     **12:19 p.m.**     Hearing concluded.
Total in-court time     00:43

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.