IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-328-TMT-MEH | Date: | August 4, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                              *Counsel:*

MICHAEL ABBONDANZA, et al.,                             Courtenay Patterson

   Plaintiff,

v.

JASON WEISS, et al.,                                    Franz Hardy
                                                        Joel Rothman (by video-teleconference)
                                                        Jason Weiss

   Defendant.

---

**COURTROOM MINUTES**
**STATUS CONFERENCE**

---

**Court in session:**     1:23 p.m.

Court calls case.  Appearances of counsel.

Discussion held regarding the Plaintiff's [ECF 97] *Motion for Leave to File Second Amended Complaint*.  The Court will enter a *recommendation* on the motion at a later time.

Discussion held regarding the progress of the discovery period and any remaining discovery disputes.  The Court urges the parties to reach out to the Court is any further assistance is needed to resolve the issues discussed on the record.

**Court in recess:**     1:58 p.m.     Hearing concluded.
Total in-court time     00:35

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.