UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00328-TMT

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

    Plaintiffs,

v.

JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP, and
GIOVANNIA PALONI,

    Defendants.

## ORDER DENYING PLAINTIFFS' MOTION TO AMEND COMPLAINT

Before the court is the August 4, 2021 Report and Recommendation of U.S. Magistrate Judge Michael Hegarty (Doc. 106), recommending that Plaintiffs' "Motion for Leave to File Second Amended Complaint" (Doc. 97) be denied.

In the Report and Recommendation, the Magistrate Judge specifically advised the parties that written objections were due within 14 days after service of the same. (Doc. 106 at 3 n.1 (citing Fed. R. Civ. P. 72).) The Magistrate Judge warned the parties that

failure to file timely and specific objections would waive de novo review of the Report and Recommendation.  (*Id.*)  Neither party filed an objection.

The Magistrate Judge recommended denying Plaintiffs' motion to amend.  When no objections are filed, the court need only ensure there is no clear error.  *See* Fed. R. Civ. P. 72(a); *see also Summers v. State of Utah*, 927 F.2d 1165 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").  The Magistrate Judge's analysis and recommendation contain no clear error.  The Plaintiffs' failure to name Santiago Abreu as a defendant in this lawsuit at any earlier date and to conduct early discovery into his actual existence constitutes undue delay.  The court, therefore, adopts the Magistrate Judge's recommendation denying Plaintiffs' motion to amend to add Mr. Abreu as a plaintiff.

The Report and Recommendation is ADOPTED IN FULL (Doc. 106), and Plaintiffs' motion to amend (Doc. 97) is DENIED.


DATED: August 24, 2021                    BY THE COURT:

                                          s/ Timothy M. Tymkovich
                                          Hon. Timothy M. Tymkovich