ABIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

      Plaintiffs,

v.

JASON WEISS,
PETER LEINER,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP, and
GIOVANNIA PALONI,

      Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2021.**

At Plaintiffs' emailed request, a Discovery Conference is **scheduled** for **September 8, 2021 at 2:00 p.m**. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street in Denver, Colorado.

Litigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear remotely. Contact Chambers at (303) 844-4507 two business days beforehand if there is need to request a remote appearance.

In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted by **noon on September 7, 2021**.