ABIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

    Plaintiffs,

v.

JASON WEISS,
PETER LEINER,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP, and
GIOVANNIA PALONI,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2021.**

    The telephonic request of Defendant Jason Weiss and his attorney, Joel Rothman, to appear remotely at the Discovery Conference set for 2:00 p.m. on September 8, 2021 is **granted**. Attached to this Minute Order are the video teleconference instructions.

    Should they encounter technical difficulties, they may appear telephonically by calling the following conference line at:

Number:      888-278-0296
Access code:  8212991#

# Cisco Meeting App Instructions

# Judge Hegarty

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

    https://join.uc.uscourts.gov/invited.sf?secret=..fF_yhQuYusRD8jhbCEGg&id=635102804

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 571-353-2300, then enter 635102804

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>**Family Member/Public/Media "listen" to hearing:**</u>

    Toll Free: 888-278-0296
    Access Code: 8212991#