IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-00328-TMT-MEH | Date: | September 8, 2021 |
| Courtroom Deputy: | Emily Buchanan | FTR: | Courtroom A 501* |

*Parties:*                                                *Counsel:*

MICHAEL ABBONDANZA, et al.                  Courtenay Patterson

   Plaintiffs,

v.

JASON WEISS, et al.,                                    Joel Rothman (by VTC)
                                                                       Franz Hardy
   Defendants.

---

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

---

**Court in session:**     2:02 p.m.

Court calls case.  Appearances of counsel.  Also present by VTC: Defendant Jason Weiss.

This matter is before the Court regarding discovery disputes as to Plaintiffs' attempts to have Defendants supplement their FRCP 26(a)(1) disclosures to include five witnesses.

Arguments by counsel.

Discussion regarding the deposition date for Ms. Giovannia Paloni.

Court will advise counsel whether the Final Pretrial Conference will remain set before this Court after conferring with Circuit Judge Tymkovich.

**ORDERED:** Mr. Weiss shall provide to his counsel who will provide to Ms. Patterson the most recent address of Janet Hoyt and the last 4 numbers of Janet Hoyt's social security number.

**ORDERED:** Court admonishes Defendants to provide the Plaintiffs with whatever information they have for Janet Hoyt, Brad, Manny Noriega, George Merwin, and Teresa.

**ORDERED:** Ms. Patterson shall attempt to find out if Ms. Giovannia Paloni wants to defend herself in this lawsuit.

**ORDERED:** Ms. Patterson shall submit a supplemental 26(a)(1) disclosure regarding the closed period of damages.

**Court in recess:**     **3:15 p.m.**     Hearing concluded.
Total in-court time:     1:13

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.