# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DISCOVERY DEADLINE

Plaintiffs, through their undersigned counsel, file this Unopposed Motion to Extend the Discovery Deadline to October 9, 2021 stating as follows:

1. On August 31, 2021, after more than two years of attempting to serve Defendant Paloni with the Complaint in this case and eventually securing a Clerk's Entry of Default against her, Plaintiffs served Giovannia Paloni with a subpoena to take her deposition on September 14, 2021 in Scottsdale, AZ.

2. On September 13, 2021 at approximately 3:45 p.m., Plaintiffs' Counsel received an email from George Blackmore of Blackmore Law PLC in Clawson, MI that he had recently been retained by Ms. Paloni and requested that Plaintiffs enter into a stipulation to set aside the Clerk's Entry of Default and allow Ms. Paloni time to answer and properly defend. Mr. Blackmore further stated: "If this is acceptable to you, I can provide a stipulated motion to set aside. Otherwise, Ms. Paloni will not be appearing as directed in the subpoena and we will move to set aside the entry of default and seek to have the subpoena quashed or modified."  (See email from George Blackmore, attached hereto as Exhibit A)

3. Plaintiffs' Counsel received the email as she was arriving at Denver International Airport to catch a flight to Phoenix, AZ for Ms. Paloni's deposition, which was scheduled for the following morning.

4. Plaintiffs' Counsel immediately tried to call Mr. Blackmore, who did not answer.

Plaintiffs' Counsel also emailed Mr. Blackmore twice, indicating that they needed to speak further and that Plaintiffs' Counsel was going to be boarding her flight to Phoenix in approximately 45 minutes. (See emails from Plaintiffs' Counsel to George Blackmore, attached hereto as Exhibit B). Plaintiffs' Counsel received no return phone call nor any return emails.

5. Plaintiffs' Counsel contacted Counsel for the Weiss Defendants and Counsel for the Huff Defendants to discuss the situation and to have an immediate phone conference with Magistrate Hegarty.

6. Following the phone conference with Magistrate Hegarty, Plaintiffs' Counsel proceeded to travel to Phoenix because the conference room, court reporter, and hotel room were non-refundable at that point, since it was less than 24 hours prior to the scheduled deposition, and because Plaintiffs' Counsel noticed the deposition, no entry of appearance had been filed by Mr. Blackmore, and all Plaintiffs' Counsel had from Mr. Blackmore was an email asking for Plaintiffs' Counsel to stipulate to setting aside the entry of default.

7. The next day, on September 14, 2021 at approximately 9:00 a.m., one hour before the deposition was scheduled to begin, Plaintiffs' Counsel received an email from Mr. Blackmore stating, "I apologize for not seeing this yesterday. I had a prior commitment and was unable to regularly check my phone. Mr. Rothman did reach out to me and informed me that the parties were able to discuss this with the magistrate and that we would be appearing at the stated time in the subpoena via video to stipulate to setting aside the default and adjourn the deposition to a mutually agreeable date and time. Is that accurate?" (see email from Mr. Blackmore, dated September 14, 2021 at 10:00 a.m. MDT, attached hereto as Exhibit C)

8. Plaintiffs' Counsel responded: "I am in Arizona. Given that I had a flight, hotel room, conference room, and court reporter all scheduled, none of which could be cancelled by the time I received your email and since I heard nothing further from you, I went forward with the trip. Are you in Arizona? I am available to speak further in about 20 minutes or we can have a conversation at 10:00." (see email from Plaintiffs' Counsel, dated September 14, 2021 at 10:12 a.m. MDT, attached hereto as Exhibit D).

9. Mr. Blackmore responded at 10:40 a.m. MDT, stating, "I'm currently on a call. I should be done by 10:00." (see email from Mr. Blackmore, dated September 14, 2021 at 10:40 a.m. MDT, attached hereto as Exhibit E).

10. At 10:00 a.m. MST, the time for Ms. Paloni's deposition, Mr. Hardy, Mr. Rothman and Mr. Blackmore appeared via Zoom. Ms. Patterson appeared in person in the reserved conference room in Scottsdale, AZ. Ms. Paloni did not appear in person or on Zoom, despite having been served with a subpoena to appear, in person, that morning for her deposition. The court reporter was present and transcribed the discussions that occurred. (see Transcript from September 14, 2021, attached hereto as Exhibit F).

11. Ms. Patterson informed Mr. Blackmore that Plaintiffs would not stipulate to vacating the Clerk's Entry of Default because Plaintiffs intended to file for fees and costs associated with their efforts to serve Ms. Paloni over the past 2 ½ years.

12. Ms. Patterson further stated that if the deposition was not going to occur that day, a new court date that worked for all counsel and Ms. Paloni needed to be selected before the conclusion of the Zoom call. Mr. Blackmore stated that he would need at least a month to be brought up to speed in the case. Ms. Patterson informed him that the discovery deadline was September 30. Mr. Hardy suggested that the discovery deadline be extended for purposes of taking Ms. Paloni's deposition. October 8, 2021 was selected as the new deposition date for Ms. Paloni.

13. On September 20, 2021, Ms. Patterson served on Mr. Hardy, Mr. Rothman, and Mr. Blackmore the Notice of Deposition for Ms. Paloni's deposition on October 8, 2021. (see Notice of Deposition, attached hereto as Exhibit G).

14. On September 21, 2021, Ms. Patterson emailed Mr. Blackmore asking that he file his entry of appearance and file a motion to extend the discovery deadline based on his request to have Ms. Paloni's deposition rescheduled for October 8, 2021. (see email to Mr. Blackmore, dated September 21, 2021 at 4:30 p.m., attached hereto as Exhibit H). Ms. Patterson did not receive a response to her email.

15. On September 23, 2021, Ms. Patterson sent a second email to Mr. Blackmore following up on the September 21st email and asking that Mr. Blackmore respond by 12:00 p.m. MST on Friday, September 24, 2021. (see email to Mr. Blackmore, dated September 23, 2021 at 1:15 p.m., attached hereto as Exhibit I). Ms. Patterson received no response and, as of the filing of this motion, has heard nothing from Mr. Blackmore since the September 14th Zoom meeting.

16. On September 27, 2021, Ms. Patterson called Mr. Blackmore and left a message for him to return her call because the discovery deadline is Thursday, September 30, 2021 and he has neither entered his appearance nor filed for an extension of the discovery deadline.

17. 15 days have elapsed since Mr. Blackmore first contacted Ms. Patterson via email and informed her that he would be representing Ms. Paloni and 14 days have elapsed since the Zoom meeting. As of the filing of this motion, Mr. Blackmore has not entered his appearance in this case, has not filed for an extension of the discovery deadline, nor has he responded to any of Plaintiffs' Counsel's emails or phone calls, despite his refusal to proceed with the deposition, as scheduled, on September 14th and his insistence that the new deposition date be scheduled beyond the discovery deadline.

Based on the foregoing, Plaintiffs respectfully request that the discovery deadline in this matter be extended beyond October 8, 2021 to allow for the taking of Ms. Paloni's deposition.

3

**RESPECTFULLY** submitted on this 28th day of September 2021.

                                             LAW OFFICES OF COURTENAY PATTERSON
                                             /s/ *Courtenay Patterson*_____
                                             Courtenay Patterson, Esq., CO Bar No. 49215
                                             Law Offices of Courtenay Patterson
                                             1716 N. Main St., Suite A #331
                                             Longmont, CO 80501
                                             Email: courtenay.patterson@gmail.com
                                             Telephone: (925) 237-1187

                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2021, I electronically filed the foregoing Plaintiffs' Unoposed Motion to Extend the Discovery Deadline with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

Joel Rothman
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Telephone: (561) 404-4350
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*

Franz Hardy, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
*Attorney for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*

I hereby certify that on this 28th day of September 2021, I electronically served the foregoing Stipulated Motion to Extend the Discovery Deadline via electronic mail to the following:

George Blackmore
BLACKMORE LAW, PLC
1129 West 14 Mile Rd.
#1006, Clawson, MI 48017
Telephone: (248) 847-0580
george@blackmore.law
*Attorney for Defendant Giovannia Paloni*

/s/ *Courtenay Patterson*

Law Offices of Courtenay Patterson

                                          1716 N. Main St., Suite A #331
                                          Longmont, CO 80501