Case 1:19-cv-00328-TMT-MEH   Document 114-1   Filed 09/28/21   USDC Colorado   Page 1 of 1

9/28/21, 12:58 PM                                    Gmail - Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)



**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)

**George Blackmore** <george@blackmore.law>                                   Mon, Sep 13, 2021 at 3:41 PM
To: courtenay.patterson@gmail.com

Good Afternoon Ms. Patterson:

I was recently retained by Ms. Paloni in the above-referenced matter after your service 13 days ago of a subpoena for a deposition to take place tomorrow.

I am requesting that prior to any deposition of Ms. Paloni taking place, we stipulate into setting aside the entry of default and allow Ms. Paloni time to answer and properly defend. If this is acceptable to you, I can provide a stipulated motion to set aside. Otherwise, Ms. Paloni will not be appearing as directed in the subpoena and we will move to set aside the entry of default and seek to have the subpoena quashed or modified.

Also, we'd request that any future deposition be done remotely due to the continuing pandemic.

Looking forward to working with you on this matter.

George Blackmore

Direct: 248-847-0580 | Email: george@blackmore.law

Blackmore Law PLC  | www.blackmore.law

1129 West 14 Mile Rd. #1006, Clawson, MI 48017