Case 1:19-cv-00328-TMT-MEH   Document 114-2   Filed 09/28/21   USDC Colorado   Page 1 of 1

9/28/21, 12:59 PM                              Gmail - Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)



**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)

**Courtenay Patterson** <courtenay.patterson@gmail.com>                    Mon, Sep 13, 2021 at 4:09 PM
To: George Blackmore <george@blackmore.law>

We will need to call the magistrate and advise him if there is going to be a change to tomorrow's deposition. My flight leaves at 5:45. You can reach me on my cell at (48) 718-0347.

Courtenay

On Mon, Sep 13, 2021 at 4:02 PM Courtenay Patterson <courtenay.patterson@gmail.com> wrote:
> I just left you a voicemail. Please call me ASAP. I am at the airport about to catch my flight to Arizona.

On Mon, Sep 13, 2021 at 3:41 PM George Blackmore <george@blackmore.law> wrote:
> Good Afternoon Ms. Patterson:
>
> I was recently retained by Ms. Paloni in the above-referenced matter after your service 13 days ago of a subpoena for a deposition to take place tomorrow.
>
> I am requesting that prior to any deposition of Ms. Paloni taking place, we stipulate into setting aside the entry of default and allow Ms. Paloni time to answer and properly defend. If this is acceptable to you, I can provide a stipulated motion to set aside. Otherwise, Ms. Paloni will not be appearing as directed in the subpoena and we will move to set aside the entry of default and seek to have the subpoena quashed or modified.
>
> Also, we'd request that any future deposition be done remotely due to the continuing pandemic.
>
> Looking forward to working with you on this matter.
>
>
> George Blackmore
>
> Direct: 248-847-0580 | Email: george@blackmore.law
>
> Blackmore Law PLC  | www.blackmore.law
>
> 1129 West 14 Mile Rd. #1006, Clawson, MI 48017

--
**Law Offices of Courtenay Patterson**
1716 N. Main St., Suite A #331
Longmont, CO 80501
(720) 222-9551
www.courtoflaw.net

--
**Law Offices of Courtenay Patterson**
1716 N. Main St., Suite A #331
Longmont, CO 80501
(720) 222-9551
www.courtoflaw.net