Case 1:19-cv-00328-TMT-MEH   Document 114-3   Filed 09/28/21   USDC Colorado   Page 1 of 1

9/28/21, 1:02 PM                                                          Gmail - Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)



**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)

**George Blackmore** <george@blackmore.law>                                  Tue, Sep 14, 2021 at 10:01 AM
To: Courtenay Patterson <courtenay.patterson@gmail.com>

Hi Courtenay,

I apologize for not seeing this yesterday. I had a prior commitment and was unable to regularly check my phone.

Mr. Rothman did reach out to me and informed me that the parties were able to discuss this with the magistrate and that we would be appearing at the stated time in the subpoena via video to stipulate to setting aside the default and adjourn the deposition to a mutually agreeable date and time. Is that accurate?

Thanks,

George

George Blackmore
Direct: 248-847-0580 | Email: george@blackmore.law
Blackmore Law PLC  | www.blackmore.law
1129 West 14 Mile Rd. #1006, Clawson, MI 48017

[Quoted text hidden]