Case 1:19-cv-00328-TMT-MEH   Document 114-4   Filed 09/28/21   USDC Colorado   Page 1 of 1

9/28/21, 1:03 PM                                                                 Gmail - Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)



**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)

**Courtenay Patterson** <courtenay.patterson@gmail.com>                                           Tue, Sep 14, 2021 at 10:12 AM
To: George Blackmore <george@blackmore.law>

George,

I am in Arizona.  Given that I had a flight, hotel room, conference room, and court reporter all scheduled, none of which could be cancelled by the time I received your email and since I heard nothing further from you,
I went forward with the trip.

Are you in Arizona?  I am available to speak further in about 20 minutes or we can have a conversation at 10:00.

Courtenay

--
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501
(720) 222-9551
www.courtoflaw.net

[Quoted text hidden]