**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza v. Weiss et al. (Case No. 1:19-cv-00328-TMT-MEH)

**George Blackmore** <george@blackmore.law>  Tue, Sep 14, 2021 at 10:40 AM
To: Courtenay Patterson <courtenay.patterson@gmail.com>

I'm currently on a call. I should be done by 10.
[Quoted text hidden]