**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**CASE NO.: 1:19-cv-00328-TMT**

MICHAEL ABBONDANZA AND
TAVINFOODS, INC.,

       Plaintiffs,

v.

WEISS LAW GROUP, P.A.,
PETER LEINER,
RICHARD LESLIE,
BRETT HUFF,
HUFF & LESLIE, LLP,
GIOVANNIAPALONI, AND
JASON WEISS,

       Defendants.

**NOTICE OF VIDEOTAPED DEPOSITIONS**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiffs will take the in-person videotaped deposition of Christine Giovannia Paloni on Friday, October 8, 2021 commencing at 9:00 a.m. MST (Arizona time) at the offices of Esquire Deposition Solutions, 3838 North Central Avenue, Suite 750, Phoenix, AZ 85012, and via video-conference for counsel or other appropriate participants by Zoom link to be provided by Esquire Deposition Solutions. Said deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as is permitted under the applicable and governing rules, and will take place before a certified short-hand reporter by sound, sound-and-visual, or stenographic means.

Dated:  September 20, 2021

    Respectfully submitted,

    <u>/s/ Courtenay Patterson</u>
    Courtenay Patterson

    **Law Offices of Courtenay Patterson, LLC**
    1716 N. Main St., Suite A #331
    Longmont, CO 80501
    Telephone: (720) 222-9551
    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on September 20, 2021, a true and correct copy of theforegoing document was served by electronic mail to the following.

Joel B. Rothman, Esq.
SRIPLAW
21301 Powerline Road, Suite 100Boca Raton, Florida 33433
joel.rothman@sriplaw.com

Franz Hardy, Esq.
Stephanie S. Brizel, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com sbrizel@grsm.com

George Blackmore, Esq.
BLACKMORE LAW PLC
1129 West 14 Mile Road
Clawson, MI 48017
george@blackmore.law

*Copy via email to*:
Esquire Deposition Solutions

                                      */s/ Courtenay Patterson*
                                      Courtenay Patterson