**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza and Tavin Foods, Inc. v. Weiss, et al

**Courtenay Patterson** <courtenay.patterson@gmail.com>                    Tue, Sep 21, 2021 at 4:31 PM
To: George Blackmore <george@blackmore.law>

Mr. Blackmore,

It appears that you have not yet entered your appearance in the above-referenced case, despite indicating over a week ago that you represent Ms. Paloni.  A motion to extend the discovery deadline beyond 9/30 in order to conduct Ms. Paloni's deposition will need to be filed with the court, since the deposition has been scheduled for 10/8, based on your representation over Zoom last Tuesday.

Please advise when you will be entering your appearance.

Regards,
Courtenay

--
**Law Offices of Courtenay Patterson**
1716 N. Main St., Suite A #331
Longmont, CO 80501
(720) 222-9551
www.courtoflaw.net