

**Courtenay Patterson <courtenay.patterson@gmail.com>**

## Abbondanza and Tavin Foods, Inc. v. Weiss, et al

**Courtenay Patterson** <courtenay.patterson@gmail.com>  Thu, Sep 23, 2021 at 1:17 PM
To: George Blackmore <george@blackmore.law>

Mr. Blackmore,

Following up on my email below. Please respond by noon MST tomorrow, September 24th.

Regards,
Courtenay

[Quoted text hidden]