Exhibit A
Declaration of Giovannia Paloni

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00328-RPM

MICHAEL ABBONDANZA and TAVIN FOODS, INC.

Plaintiffs,

v.

JASON WEISS, WEISS LAW GROUP, PC, BRETT HUFF, RICHARD LESLIE, HUFF AND LESLIE, LLP, PETER LEINER, GIOVANIA PALONI,

Defendants.

## DECLARATION OF DEFENDANT GIOVANIA PALONI UNDER 28 U.S.C § 1746

I, Giovannia Paloni, declare under penalty of perjury that the foregoing is true and correct:

1. I am over the age of eighteen and I am otherwise competent to testify as to the matters set forth below and testify to same from my own personal knowledge.

2. I am a defendant in the above-captioned lawsuit.

3. I am a resident of the State of Florida.

4. I was served on August 31, 2021, with a subpoena to appear at a deposition.

5. I immediately reached out to an attorney for representation.

6. My attorney informed me that a defendant in the proceedings and a default was already entered against me.

7. I do not own the 9780 E. Gold Dust Ave., Scottsdale, AZ 85258 property and I do not reside at that address full time.

8. I never received the certified mail that was sent to the 9780 E. Gold Dust Ave., Scottsdale, AZ 85258.

9. In December 2020, an unknown man approached me from the passenger side of the vehicle I was driving. He was not wearing a mask, never asked who I was, did not identify himself as a process server, and did not attempt to provide me any papers. I was concerned for my safety and immediately left the area he was in.

10. The first time I reviewed the summons and complaint in this action is when my attorney provided them to me on September 13, 2021.

Executed on September 29, 2021

_____
Giovannia Paloni