# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Michael Abbondanza,**
**Tavin Foods, Inc.**
               Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovania Paloni,**
               Defendants.

## PLAINTIFFS' SECOND MOTION TO EXTEND THE DISCOVERY DEADLINE

Plaintiffs, through their undersigned counsel, file this Second Motion to Extend the Discovery Deadline, incorporating the statements in paragraphs 1-17 in Plaintiffs' Unopposed Motion to Extend the Discovery Deadline, filed September 28, 2021 (ECF 114), and further stating as follows:

    1. Mr. Blackmore entered his appearance in this case on September 29, 2021 at 3:21 p.m., less than 1 day before the discovery deadline originally set by the Court, despite having been contacted by Ms. Paloni on September 2, 2021 and retained by Ms. Paloni since September 13, 2021.

    2. Ms. Paloni's videotaped deposition was taken in person on October 8, 2021.

    3. Defendant Paloni has not yet filed her Answer to the Amended Complaint.

    4. Having now heard Ms. Paloni's testimony, there is a need for Plaintiffs to serve written discovery requests on Ms. Paloni. Doing so prior to the discovery deadline was not possible due to Ms. Paloni only being located one month prior to the deadline and her attorney not entering his appearance until the day before the deadline.

    Fed. R. Civ. P. 6(b)(1)(B) provides: "When an act may or must be done within a specified

time, the court may, for good cause, extend the time…on motion made after the time has expired if the party failed to act because of excusable neglect." Here, there is good cause for the Court to grant Plaintiffs' Motion to Extend the Discovery Deadline to serve written discovery on Defendant Paloni. Any delays in serving discovery requests on Ms. Paloni were not the fault of Plaintiffs. Plaintiffs have attempted to serve Ms. Paloni with the Complaint since this case was filed in February 2019. The tireless efforts to serve her are detailed in Plaintiffs' status reports filed with the Court. (See ECF 37, 54, 70, and 77). Since the inception of this case, Plaintiffs have never had the ability to serve written discovery on Ms. Paloni. As of the filing of this motion, Ms. Paloni still has a clerk's entry of default entered against her; however, if the entry of default against Ms. Paloni is set aside and Ms. Paloni is allowed to defend against the claims in this case, Plaintiffs respectfully request that the discovery deadline in this matter be extended to allow for Plaintiffs to serve written discovery requests on Ms. Paloni and allow time for her to respond.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1, Plaintiffs conferred with each group of defendants before filing this motion and all defendants oppose the relief requested herein.

**RESPECTFULLY** submitted on this 15th day of October 2021.

LAW OFFICES OF COURTENAY PATTERSON
/s/ *Courtenay Patterson*_____
Courtenay Patterson, Esq., CO Bar No. 49215
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501
Email: courtenay.patterson@gmail.com
Telephone: (925) 237-1187

*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of October 2021, I electronically filed the foregoing Plaintiffs' Second Motion to Extend the Discovery Deadline with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

Joel Rothman, Esq.
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Telephone: (561) 404-4350
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*

Franz Hardy, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
*Attorney for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*

George Blackmore, Esq.
Blackmore Law PLC
1129 West 14 Mile Rd. #1006
Clawson, MI 48017
Telephone: (248) 847-0580
george@blackmore.law
*Attorney for Defendant Giovannia Paloni*

    /s/ *Courtenay Patterson*
    _____

    Law Offices of Courtenay Patterson
    1716 N. Main St., Suite A #331
    Longmont, CO 80501