IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA,
TAVIN FOODS, INC.

    Plaintiffs,

v.

JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF AND LESLIE, LLP,
PETER LEINER,
GIOVANIA PALONI,

    Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT FOR MOTION FOR SUMMARY JUDGMENT**

---

    Defendants Brett Huff, Richard Leslie, and Huff & Leslie, LLP (collectively "Huff & Leslie"), through their attorneys, Franz Hardy and Stephanie Brizel of Gordon Rees Scully Mansukhani, LLP, submit this Unopposed Motion for Leave to Exceed Word Limit for their anticipated Motion for Summary Judgment pursuant to this Court's Practice Standards, Section II, Paragraph A, Subparagraph 5.

    1.    Pursuant to D.C.Colo.LCivR 7.1(A), counsel for Huff & Leslie conferred with counsel for plaintiffs regarding this Motion and relief requested. Counsel for plaintiffs do not object.

2.     This case arises out of an underlying Americans with Disabilities Act lawsuit. In the underlying lawsuit, Santiago Abreu claimed that Tavin Foods, Inc., a restaurant, had various architectural barriers on its premises in violation of the ADA. For a period of time, Huff & Leslie served as local counsel for Mr. Abreu. The parties eventually reached a settlement and, thereafter, filed a stipulation for dismissal with prejudice.

3.     On February 7, 2019, plaintiffs filed this lawsuit alleging violations of the Racketeer Influenced Corruption Act, the Colorado Organized Crime Control Act, fraud, civil conspiracy, and abuse of process based upon their assertion that Mr. Abreu was fictitious or, if he existed, that he did not actually visit the restaurant (or numerous other facilities as alleged in various other lawsuits filed on behalf of Mr. Abreu). In direct contrast to these allegations, during this lawsuit, Mr. Abreu appeared for his deposition, identified himself, and testified he visited the restaurant, which various other testimony and evidence corroborates.

4.     Pursuant to this Court's Practice Standards, motions for summary judgment shall not exceed 5,500 words. (Practice Standards, Section II, Paragraph A, Subparagraph 2). However, "[a] party may file a motion to exceed word limitations explaining the reason why additional words are necessary." *Id*. at Subparagraph 5. "The administration of the rules lies necessarily within the province of the trial court with power to fashion such orders as may be deemed proper to vouch safe full discovery for the just, speedy and inexpensive determination of the lawsuit." *Olcott v. Delaware Flood Co.*, 76 F.3d 1538, 1556–57 (10th Cir. 1996).

5.     Huff & Leslie seek an additional 2,500 words for their anticipated Motion for Summary Judgment, which is currently due on November 30, 2021. Good cause exists for

allowing an additional 2,500 words, for a total of 8,000 words. This is a professional liability case involving an underlying lawsuit. This lawsuit involves various claims for relief including for violations of the Racketeer Influenced Corruption Act, the Colorado Organized Crime Control Act, fraud, civil conspiracy, and abuse of process. Plaintiffs allege that there are numerous other lawsuits filed by defendants on behalf of Mr. Abreu that constitute a pattern of racketeering activity and form the bases of their claims.[1] Also, plaintiff Michael Abbondanza initiated a separate state court lawsuit involving the five owners of the restaurant at issue, which relates to this lawsuit, *Michael Abbondanza, et. al. v. David Schafer, et. al*, Case No. 2017CV030020, Park County District Court, Colorado. The anticipated Motion for Summary Judgment is based upon the underlying ADA lawsuit, the state court lawsuit, and the present litigation. The issues involve alleged conduct that has taken place for a lengthy period of time - approximately six years.

6.  Beyond the claims for relief, the anticipated Motion for Summary Judgment also addresses the issues of duty, causation, and damages, as well as litigation immunity and *res judicata*. The additional word count permits Huff & Leslie the ability to set forth the underlying proceedings along with the applicable law, which warrant summary judgment. Huff & Leslie intends to be efficient with this additional word limit and, correspondingly, agrees to any Response by plaintiffs to also have the same requested additional word limit.

7.  While Huff & Leslie seek to exceed the word limit set forth in this Court's Practice Standards, the additional words are tailored to the circumstances of this lawsuit. This specific

---

[1] Plaintiffs assert that Mr. Abreu has filed hundreds of ADA lawsuit across the country.

request for 2,500 additional words is based upon an initial draft of the anticipated Motion for Summary Judgment.

WHEREFORE, Defendants Brett Huff, Richard Leslie, and Huff & Leslie, LLP respectfully request that this Court issue an order permitting them to exceed the 5,500 word count by an additional 2,500 words for their Motion for Summary Judgment. They agree to the same additional limit for any Response filed.

DATED this the 24th day of November, 2021.

Respectfully submitted,

*/s/ Franz Hardy*
Franz Hardy, Esq.
Stephanie S. Brizel, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
sbrizel@grsm.com

*Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record on this the 24th day of November, 2021.

Courtenay Patterson, Esq.
LAW OFFICES OF COURTENAY PATTERSON
1716 N. Main Street, Suite A #331
Longmont, Colorado 80501
courtenay.patterson@gmail.com

Joel Rothman
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
joel.rothman@sriplaw.com

George Blackmore, Esq.
BLACKMORE LAW PLC
1129 West 14 Mile Rd. #1006
Clawson, MI 48017
george@blackmore.law

 

/s/ Franz Hardy
Franz Hardy, Esq.
Stephanie S. Brizel, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
sbrizel@grsm.com
*Attorneys for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*