# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

### CASE NO.: 1:19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and TAVIN FOODS, INC.,

    Plaintiffs,

v.

JASON WEISS, WEISS LAW GROUP, P.C., BRETT HUFF, RICHARD LESLIE, HUFF AND LESLIE, LLP, PETER LEINER, and GIOVANIA PALONI,

    Defendants.

## **DECLARATION OF JOEL ROTHMAN**

I, Joel Rothman, declare and say:

1. This Declaration is made pursuant to 28 U.S.C. § 1746.

2. My name is Joel Rothman. I am counsel for Jason Weiss, Peter Leiner, and Weiss Law Group, P.C. ("Weiss Defendants") in this matter.

3. This declaration is submitted in support of the Weiss Defendants' motion for summary judgment.

4. Attached hereto as Exhibit 1 are true and correct copies of the deposition transcript pages and exhibits referenced in the motion for summary judgment from the deposition of Santiago Abreu taken on August 12, 2021 in this action.

5. Attached hereto as Exhibit 2 are true and correct copies of the deposition transcript pages and exhibits referenced in the motion for summary judgment from the deposition of Jason Weiss taken on August 11, 2021 in this action.

6. Attached hereto as Exhibit 3 are true and correct copies of the deposition transcript pages and exhibits referenced in the motion for summary judgment from the deposition of Christine Giovannia Paloni taken on October 8, 2021 in this action.

7. Attached hereto as Exhibit 4 are true and correct copies of the deposition transcript pages referenced in the motion for summary judgment from the deposition of Michael Abbondanza taken on August 20, 2021 in this action.

8. Attached hereto as Exhibit 5 are true and correct copies of documents from the Underlying Action referenced in the motion for summary judgment.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2021.

*/s/ Joel Rothman*
Joel B. Rothman