IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

      Plaintiffs,

v.

JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP,
PETER LEINER, and
GIOVANIA PALONI,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 3, 2022.**

      Upon *sua sponte* review of the record, the Court notes that there are pending summary judgment motions for which no responses have been filed but also the potential of second or supplemental dispositive motions (ECF 134 at 3). To check on the case's procedural posture, the Court will hold a Status Conference on **January 5, 2022** at **10:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Litigants and counsel whose offices are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance may appear by telephone. Please contact Chambers at (303) 844-4507 before the Scheduling Conference to arrange a telephonic appearance.