IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

      Plaintiffs,

v.

JASON WEISS,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP,
PETER LEINER, and
GIOVANIA PALONI,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2022.**

Pursuant to Plaintiff's emailed request, a Discovery Conference is **set** for **March 14, 2022** at **11:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Counsel who are outside the Denver metropolitan area may participate remotely using the attached video teleconference instructions.

Should they encounter technical difficulties, they may appear telephonically by calling the following conference line at:

Number:      888-278-0296
Access code:  8212991#

# Cisco Meeting App Instructions

# Judge Hegarty

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/649676724?secret=r2pJji0990kEirdFH3WVFA

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

  - Phone: 571-353-2301, then enter 649676724

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**


**Family Member/Public/Media "listen" to hearing:**

Toll Free: 888-278-0296
Access Code: 8212991#