IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-328-TMT-MEH | Date: | March 28, 2022 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                      *Counsel:*

MICAHEL ABBONDANZA,                             Courtenay Patterson

    Plaintiff,

v.

*,                                                                      Franz Hardy
                                                                                                   Joel Rothman
    Defendant.                                                 George Blackmore

**COURTROOM MINUTES/MINUTE ORDER**
**FINAL PRETRIAL CONFERENCE**

**Court in session:**     1:01 p.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the status of the case since the last discovery hearing and obtaining Trial dates from Judge Tymkovich.

The proposed Final Pretrial Order was reviewed.

**ORDERED:**

(**x**) The Final Pretrial Order was approved.

( ) The Final Pretrial Order was approved and will be filed with the corrections made of record.

( ) The Final Pretrial Order was NOT approved; counsel were directed to submit a revised proposed Pretrial Order, in accordance with the directions of the Court,
      by _____

( ) The Final Pretrial Order was not approved; a further Final Pretrial Conference is set before the Magistrate Judge on_____.   A proposed Final Pretrial Order shall be supplied by _____.

**Court in recess:**     **1:16 p.m.**     **(Hearing concluded)**
**Total time in court:   00:15**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.