Walgreens - Riviera Beach 9-28-2016

