IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOODS, INC.,

    Plaintiffs,

v.

JASON WEISS,
PETER LEINER,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP, and
GIOVANNIA PALONI,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Magistrate Judge's Report and Recommendations, filed on December 5, 2022, by the Honorable Timothy M. Tymkovich, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the magistrate judge's report and recommendation (Doc. 163) is accepted and adopted. It is further

ORDERED that judgment is hereby entered in favor of Defendants, Jason Weiss, Peter Leiner, Weiss Law Group, P.C., Brett Huff, Richard Leslie, Huff & Leslie, L.L.P., and Giovannia Paloni, and against Plaintiffs, Michael Abbondanza and Tavin Foods, Inc., on Plaintiffs' RICO claim. It is further

ORDERED that the Court declines to exercise jurisdiction over state-law claims and Plaintiffs' state claims are dismissed without prejudice. It is further

ORDERED that Plaintiffs' complaint and action are dismissed.

DATED at Denver, Colorado this <u>5th</u> day of December, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk