IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
1:19-cv-00328-TMT-MEH

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovannia Paloni,**
        Defendants.

---

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

---

Plaintiffs, through their undersigned counsel, file this Unopposed Motion for Extension of Time to Respond to Defendants' Motions for Attorneys' Fees, stating as follows:

1. Defendants Weiss, Leiner, Weiss Law Group, Huff, Leslie and Huff and Leslie, LLP filed Motions for Attorneys' Fees on December 19, 2022.

2. Plaintiffs' Responses to the Motions for Attorneys' Fees are due January 9, 2023.

3. Counsel for Plaintiffs and Defendants have been discussing potential resolution of the remaining state law claims in this matter since the Court's ruling on December 5, 2022.

4. Counsel for Plaintiffs has been sick, as well as injured since the beginning of December and is requesting additional time of 18 days, up to and including January

1

    27, 2023, to respond to the Motions for Attorneys' Fees.

5. Counsel for Plaintiffs conferred with Counsel for the Weiss Defendants and Counsel for the Huff Defendants, pursuant to D.C.COLO.LCivR 7.1, and neither Mr. Rothman nor Mr. Huff object to the relief being requested herein.

Based on the foregoing, Plaintiffs respectfully request that Plaintiffs be granted an additional 18 days up to and including January 27, 2023 to respond to Defendants' Motions for Attorneys' Fees.

**RESPECTFULLY** submitted on this 5th day of January 2023.

LAW OFFICES OF COURTENAY PATTERSON
/s/ *Courtenay Patterson*_____
Courtenay Patterson, Esq., CO Bar No. 49215
Law Offices of Courtenay Patterson
1716 N. Main St., Suite A #331
Longmont, CO 80501
Email: courtenay.patterson@gmail.com
Telephone: (720) 222-9551

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of January 2023, I electronically filed the foregoing Plaintiffs' Unoposed Motion for Extension of Time to Respond to Defendants' Motions for Attorneys' Fees with the Clerk of Court using the CM/ECF service, which provided electronic service to the following:

Joel Rothman
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Telephone: (561) 404-4350
*Attorney for Defendants Weiss, Weiss Law Group, and Leiner*


Franz Hardy, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
fhardy@grsm.com
*Attorney for Defendants Brett Huff, Richard Leslie, and Huff and Leslie, LLP*


George Blackmore
BLACKMORE LAW, PLC
1129 West 14 Mile Rd.
#1006, Clawson, MI 48017
Telephone: (248) 847-0580
george@blackmore.law
*Attorney for Defendant Giovannia Paloni*


                         /s/ *Courtenay Patterson*
                         _____

                         Law Offices of Courtenay Patterson
                         1716 N. Main St., Suite A #331
                         Longmont, CO 80501