# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

1:19-cv-00328-TMT-MEH

**Michael Abbondanza,**
**Tavin Foods, Inc.**
        Plaintiffs,

v.

**Jason Weiss,**
**Weiss Law Group, PC,**
**Brett Huff,**
**Richard Leslie,**
**Huff and Leslie, LLP,**
**Peter Leiner,**
**Giovannia Paloni,**
        Defendants.

---

## PROPOSED ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

---

The Court, having considered Defendant's Motion for Extension of Time to Respond to Defendants' Motions for Attorneys' Fees, and any response or reply thereto hereby GRANTS the motion.

_____
Magistrate Judge Michael E. Hegarty


_____
Date

1