IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Timothy M. Tymkovich

Civil Action No. 1:19-cv-00328-TMT-MEH

MICHAEL ABBONDANZA and
TAVIN FOOD, INC.,

      Plaintiffs,

v.

JASON WEISS,
PETER LEINER,
WEISS LAW GROUP, PC,
BRETT HUFF,
RICHARD LESLIE,
HUFF & LESLIE, LLP, and
GIOVANNIA PALONI,

      Defendants.

_____

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION
_____

Before the court is the recommendation (Doc. 199) of United States Magistrate Judge Michael E. Hegarty that defendants Brett Huff, Richard Leslie, and Huff & Leslie, LLP's Motion for Attorneys' Fees (Doc. 177) be denied and defendants Weiss Law Group, P.A., Jason Weiss, and Peter Leiner's Motion for Sanctions (Doc. 179) be denied. The recommendation states that any objections must be filed within fourteen days after its service on the parties. (Doc. 199 at 12 (citing Fed. R. Civ. P. 72).) The recommendation was served on February 17, 2023 and no party has objected to it.

1

In the absence of a timely objection, a district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the court reviews the recommendation to ensure that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the court concludes that the recommendation is a correct application of the facts and the law. As Judge Hegarty determined, "the Defendants' conduct in this case aroused as many suspicions as it did alleviate them." (Doc. 199 at 5.) Indeed, the record is riddled with examples of inconsistencies among the defendants' stories.[1] In addition, the court agrees with Judge Hegarty's assessment that the Weiss defendants invested little time in their motion, which further cuts against awarding sanctions.

Accordingly, it is ORDERED that:

The Recommendation of United States Magistrate Judge (Doc. 199) is ACCEPTED and ADOPTED;

Huff & Leslie defendants' Motion for Attorneys' Fees (Doc. 177) is DENIED; and

Weiss defendants' Motion for Sanctions (Doc. 179) is DENIED.

DATED: March 20, 2023                            BY THE COURT:

Timothy M. Tymkovich
United States Circuit Judge

---

[1] The court adds that *all* counsel before it—whether in this case or another—have a duty of candor and an obligation to file meritorious lawsuits.